**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (at Cincinnati)**

| | | |
|---|---|---|
| **FRIEDA AARON** | ) | |
| **8515 BREEZEWOOD COURT, #103** | ) | **CASE NO.** |
| **CINCINNATI, OH 45203** | ) | |
| | ) | **JUDGE** |
| **AND** | ) | |
| | ) | |
| **PATRICIA ADAMS** | ) | |
| **476 HARTS CREEK** | ) | |
| **HARTS, WV 25524** | ) | |
| | ) | **VERIFIED COMPLAINT FOR** |
| **AND** | ) | **FOR DECLARATORY AND** |
| | ) | **INJUNCTIVE RELIEF, COSTS, AND** |
| **MICHELLE AGEE** | ) | **ATTORNEY FEES FOR** |
| **911 SECOND AVENUE** | ) | **CONSTITUTIONAL VIOLATIONS** |
| **MIDDLETOWN, OH 45044** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **LAURA AKER** | ) | |
| **5730 BRANDTMANOR DR.** | ) | |
| **CINCINNATI, OH 45248** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JAMES ALBERS** | ) | |
| **2718 PINEVIEW DRIVE** | ) | |
| **VILLA HILLS, KY 41017** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JIMMY ALLEN** | ) | |
| **3165 BLUE CREEK ROAD** | ) | |
| **BROOKVILLE, INDIANA 47012** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **KATRINA ALLEN** | ) | |
| **5608 ZOAR ROAD, LOT 277** | ) | |
| **MORROW, OH 45215** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |

SHERRI ALLEN                              )
7420 WYNNE PLACE, APT. 6                  )
CINCINNATI, OH 45233                      )
                                          )
AND                                       )
                                          )
REBECCA APPLEGATE                         )
11 MONTGOMERY WAY                         )
AMELIA, OH 45102                          )
                                          )
AND                                       )
                                          )
BRAD ARNOLD                               )
18 HARNESS LANE                           )
FLORENCE, KY 41042                        )
                                          )
AND                                       )
                                          )
GEORGE ARNOLD                             )
10647 CHESHIRE RIDGE DRIVE                )
FLORENCE, KY 41042                        )
                                          )
AND                                       )
                                          )
DIANA ASHCRAFT                            )
38-B SPRING STREET                        )
ELSMERE, KY 41018                         )
                                          )
AND                                       )
                                          )
BRIAN ATKINS                              )
9500 COLLETT ROAD, LOT 24                 )
WAYNESVILLE, OH 45068                     )
                                          )
AND                                       )
                                          )
JONATHAN ATWELL                           )
5143 MONTEREY MAPLE GROVE RD )
BATAVIA, OH 45103                         )
                                          )
AND                                       )
                                          )
THOMAS ATKINSON                           )
2544 LITTLE DRY RUN ROAD                  )
CINCINNATI, OHIO 45244                    )
                                          )

2

**AND** )
)
**CHRISTOPHER ATWOOD** )
**3399 KY. ROUTE 910** )
**LIBERTY, KY 42539** )
)
**AND** )
)
**THOMAS AUGST** )
**314 A ST. ANDREWS DRIVE** )
**CINCINNATI, OH 45245** )
)
**AND** )
)
**JOSH AULT** )
**7402 STATE ROAD 48** )
**AURORA, IN 47001** )
)
**AND** )
)
**AMANDA AYRES** )
**10 NORTH MAIN ST.** )
**WALTON, KY 41094** )
)
**AND** )
)
**GAYLE BACHMANN** )
**2239 MOSSY GROVE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**CAIDAN BAILEY** )
**2491 CAMELLIA COURT** )
**COVINGTON, KY 41017** )
)
**AND** )
)
**NICOLE BAKER** )
**7570 NEWKIRK DR.** )
**FAIRFIELD, OH  45014** )
)
**AND** )
)
**PAUL BAKER** )
**14 PICCADILLY DRIVE** )

3

**HAMILTON, OH 45013**                    )
                                          )
**AND**                                   )
                                          )
**JENNIFER BALLINGER**                    )
**1718 MILL VALLEY**                      )
**TAYLOR MILL, KY 41017**                 )
                                          )
**AND**                                   )
                                          )
**THOMAS BARTH**                          )
**1850 LEWAY DRIVE**                      )
**FAIRFIELD, OH 45014**                   )
                                          )
**AND**                                   )
                                          )
**CINDY BARTLETT**                        )
**4652 CATALPA COURT**                    )
**FORT WRIGHT, KY 41017**                 )
                                          )
**AND**                                   )
                                          )
**LAURA BATSCHE**                         )
**6655 SHADY OAK LANE**                   )
**MASON, OH 45040**                       )
                                          )
**AND**                                   )
                                          )
**NICHOLAS BATTISTA**                     )
**6263 JESSICA COURT**                    )
**MIDDLETOWN, OH 45044**                  )
                                          )
**AND**                                   )
                                          )
**JODY BAUER**                            )
**4241 ROSELAWN AVENUE**                  )
**BATAVIA, OH 45103**                     )
                                          )
**AND**                                   )
                                          )
**JOSEPH BAUMGARDNER**                    )
**10252 LIMERICK CIRCLE**                 )
**COVINGTON, KY 41015**                   )
                                          )
**AND**                                   )
                                          )

4

**STEVEN BAYLISS, EXECUTOR OF THE**
**ESTATE OF LOUISE BAYLISS,**                    )
**DECEASED**                                     )
**36 SHERATON COURT**                            )
**HAMILTON, OH 45013**                           )
                                                 )
**AND**                                          )
                                                 )
**MICHELLE BEAVAN**                              )
**875 AUTUMN COURT**                             )
**TRENTON, OH 45067**                            )
                                                 )
**AND**                                          )
                                                 )
**PHYLLIS BECHTOLD**                             )
**1937 MT. VERNON DRIVE**                        )
**FT. WRIGHT, KY 41011**                         )
                                                 )
**AND**                                          )
                                                 )
**JUDY BECK**                                    )
**215 BLUE QUAIL PLACE**                         )
**TRENTON, OH 45067**                            )
                                                 )
**AND**                                          )
                                                 )
**TROY BECKELHEIMER**                            )
**1975 JUNCTION PIKE**                           )
**BERRY, KY 41003**                              )
                                                 )
**AND**                                          )
                                                 )
**NANCY BEGLEY**                                 )
**5628 YEATMAN ROAD**                            )
**CINCINNATI, OH 45252**                         )
                                                 )
**AND**                                          )
                                                 )
**CATHY BEIL**                                   )
**6780 EAST BEND ROAD**                          )
**BURLINGTON, KY 41005**                         )
                                                 )
**AND**                                          )
                                                 )
**TERRY BEIL**                                   )
**P.O. BOX 132**                                 )

**PERRY PARK, KY 40363**                )
                                         )
**AND**                                  )
                                         )
**MACKENZIE BENDER**                     )
**316 FARMBROOK CIRCLE**                 )
**FRANKFORT, KY 40601**                  )
                                         )
**AND**                                  )
                                         )
**DENISE BENGE**                         )
**932 CROSSINGS DRIVE**                  )
**CRESCENT SPRINGS, KY 41017**           )
                                         )
**AND**                                  )
                                         )
**NICK BENGE**                           )
**932 CROSSINGS DRIVE**                  )
**CRESCENT SPRINGS, KY 41017**           )
                                         )
**AND**                                  )
                                         )
**ANTOINETTE BENJAMIN**                  )
**7 EAST LAKEVIEW DRIVE, #17**           )
**CINCINNATI, OH 45237**                 )
                                         )
**AND**                                  )
                                         )
**SHAWNDA BENTON**                       )
**1908 SAVANNAH WAY, APT. #9**           )
**CINCINNATI, OH 45224**                 )
                                         )
**AND**                                  )
                                         )
**WILLIAM BENTON**                       )
**8124 TIMBERTREE WAY**                  )
**WEST CHESTER, OH 45069**               )
                                         )
**AND**                                  )
                                         )
**DENISE BESS**                          )
**1873 TIMBERIDGE DRIVE**                )
**LOVELAND, OH 45140**                   )
                                         )
**AND**                                  )
                                         )

LEONA BEYER                                )
325 KENYON DRIVE                           )
HAMILTON, OH 45015                         )
                                           )
AND                                        )
                                           )
TREY BILLING                               )
10206 OAK CREEK DR.                        )
SIDNEY, OH 45365                           )
                                           )
AND                                        )
                                           )
EDYTHE BISHOP                              )
413 BARKLEY                                )
FALMOUTH, KY 41040                         )
                                           )
AND                                        )
                                           )
ANTHONY BODE                               )
5155 DEERIDGE LANE                         )
CINCINNATI, OHIO 45247                     )
                                           )
AND                                        )
                                           )
BARBARA BOGGS, DECEASED,                   )
BY AND THROUGH HER SON                     )
AND NEXT FRIEND,                           )
PAUL BOGGS                                 )
3815 SNOOK ROAD                            )
MORROW, OH 45152                           )
                                           )
AND                                        )
                                           )
KAITLYN BOGGS                              )
159 DORTMUND DRIVE                         )
FAYETTEVILLE, OH 45118                     )
                                           )
AND                                        )
                                           )
HAWKS, STEPHANIE, AS                       )
EXECUTRIX OF THE ESTATE                    )
OF NANCY BOLAND                            )
7133 DIMMICK ROAD                          )
WEST CHESTER, OH 45069                     )
                                           )
AND                                        )

7

JENNIFER BOOKMAN )
111 W 3RD AVENUE )
COLUMBUS, OH 43201 )
)
AND )
)
PATRICIA BOONE )
1018 BRIGHTON STREET )
NEWPORT, KY 41071 )
)
AND )
)
DEENA BORCHERS )
5057 SANDMANN DRIVE APT. 117 )
TAYLOR MILL, KY 41015 )
)
AND )
)
DORIS BOTNER )
6060 EDDINGTON DRIVE )
LIBERTY TOWNSHIP, OH 45044 )
)
AND )
)
GERALD BOTNER )
6060 EDDINGTON DRIVE )
LIBERTY TOWNSHIP, OH 45044 )
)
AND )
)
ARLETTA BOWLING )
843 VIRGINA BRADFORD )
ELSMERE, KY 41018 )
)
AND )
)
NANCY BOWMAN )
1188 LICKERT ROAD )
ALEXANDRIA, KY 41001 )
)
AND )
)
PENNY BRACKETT )
8735 LOCUST GROVE RD. )
BURLINGTON, KY 41005 )

|  |  |
|---|---|
| | ) |
| **AND** | ) |
| | ) |
| **LATOYA BRADSHAW** | ) |
| **2701 OAKLEAF AVE. APT 3** | ) |
| **CINCINNATI, OH 45212** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **REBEKAH BRADY** | ) |
| **212 LOCUST LANE** | ) |
| **FLORENCE, KY 41042** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **CHRISTINA BRASHEAR** | ) |
| **6231 PAULLIN DRIVE** | ) |
| **MIDDLETOWN, OH 45042** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **MELISSA BRAUCHER** | ) |
| **4100 WOODMONT DRIVE** | ) |
| **BATAVIA, OH 45103** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **DOMINQUE BRAY** | ) |
| **805 BUNNING LANE** | ) |
| **COLD SPRING, KY 41076** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **LINDSEY BRAY** | ) |
| **14189 PLUM CREEK ROAD** | ) |
| **BUTLER, KENTUCKY 41006** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **BRITTANY & JEREMY BREWER** | ) |
| **3046 LELIA LANE** | ) |
| **FAIRFIELD, OH 45014** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **RANDY BREWER** | ) |

**5931 MARSH CIRCLE** )
**LOVELAND, OH 45140** )
)
**AND** )
)
**SHARON BRICE** )
**5504 KENNEDY AVENUE** )
**CINCINNATI, OH 45213** )
)
**AND** )
)
**MELVIN JAMES, EXECUTOR OF** )
**THE ESTATE OF CARRIE BRITTEN,** )
**DECEASED** )
**4531 PADDOCK RD.** )
**APT. #1** )
**CINCINNATI, OH 45229** )
)
**AND** )
)
**MICHAEL BROPHY** )
**434 BIRCH** )
**ERLANGER, KY 41018** )
)
**AND** )
)
**BROREIN, RICHARD, AS** )
**EXECUTOR OF THE ESTATE OF** )
**EILEEN BROREIN** )
**1024 STONEGATE CT.** )
**WAPAKONETA, OH 45895** )
)
**AND** )
)
**DAWN LEE ANN BROWN** )
**2574 LINDEN STREET** )
**CINCINNATI, OH 45225** )
)
**AND** )
)
**JAMES BROWN** )
**1610 NEILSON PLACE** )
**CINCINNATI, OHIO 45230** )
)
**AND** )
)

**TARA BROWN**                        )
**4207 ST. THOMAS AVE.**              )
**LOUISVILLE, KY 40218**             )
                                     )
**AND**                              )
                                     )
**LOZIER, RICHARD, AS EXECUTOR**     )
**OF THE ESTATE PATRICIA BRUCE**     )
**3904 LORI DRIVE, APT. 7**          )
**ERLANGER, KY 41018**               )
                                     )
**AND**                              )
                                     )
**JONATHAN BRUNNER**                 )
**302 ARDMORE DRIVE**                )
**MIDDLETOWN, OH 45042**             )
                                     )
**AND**                              )
                                     )
**ANGELA BUECHEL**                   )
**388 MARIAN LANE #9**               )
**FLORENCE, KY 41042**               )
                                     )
**AND**                              )
                                     )
**KAYLA BURTON**                     )
**10892 COLLINS RILEY RD.**          )
**BLANCHESTER, OH 45107**            )
                                     )
**AND**                              )
                                     )
**VICKI BUSCHUR**                    )
**4927 COLUMBIA CIRCLE**             )
**HAMILTON, OH 45011**               )
                                     )
**AND**                              )
                                     )
**KATHLEEN BUSHELMAN**               )
**35 SHERRY ROAD, APT. 1E**          )
**WYOMING, OH 45215**                )
                                     )
**AND**                              )
                                     )
**JACK BUSKIRK, ADMINISTRATOR**      )
**OF THE ESTATE**                    )
**FOR ANNETTE BUSKIRK**              )

**5032 COLLEGE CORNER PIKE #59** )
**OXFORD, OH 45056** )
)
**AND** )
)
**BRENDA BUTLER** )
**3515 CARLISLE AVENUE** )
**LATONIA, KENTUCKY 41015** )
)
**AND** )
)
**MICHELLE BYAR** )
**22 JILLIAN DRIVE** )
**DRY RIDGE, KY 41035** )
)
**AND** )
)
**MICHELLE BYRD, ADMINISTRATOR** )
**OF THE ESTATE OF TIMOTHY BYRD** )
**482 #A OXFORD DRIVE** )
**LEBANON, OHIO 45036** )
)
**AND** )
)
**DOUG CALLAHAN** )
**7251 COSNER DRIVE** )
**HUBER HEIGHTS, OH 45424** )
)
)
**PATRICK CALLAGAN** )
**6446 HUGHES RIDGE LANE** )
**HAMILTON, OH 45052** )
)
**AND** )
)
**JANET CAMPBELL** )
**1109 STATE ROUTE 133** )
**BETHEL, OH 45106** )
)
**AND** )
)
**ROBERT CAMPBELL** )
**7668 OLD WALNUT DRIVE** )
**WEST CHESTER, OHIO 45069** )
)
**AND** )

**ANDREW CARR** )
**28529 SHORT LANE** )
**BROOKEVILLE, IN 47012** )
)
**AND** )
)
**ASHLEY CASEY** )
**1060 OAKWOOD CT.** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**BUNNAVUTH CHHUN** )
**403 LOREN LANE** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**TONYA CHISMAN** )
**3584 TOWNSEND ROAD** )
**LYNCHBURG, OH 45142** )
)
**AND** )
)
**CHRIS CLARK** )
**219 BASSETT STREET** )
**CLEVES, OH 45022** )
)
**AND** )
)
**JESSICA COCHRAN** )
**5518 JANDEL DRIVE** )
**AURORA, IN 47001** )
)
**AND** )
)
**JOHN COLLINS** )
**10977 LINCOLN AVE #3** )
**NORTHBEND, OH 45052** )
)
**AND** )
)
**TERRY COLLINS** )
**256 ERLANGER ROAD** )
**ERLANGER, KY 41018** )

|  | ) |
| AND | ) |
|  | ) |
| ELIZABETH COMPO | ) |
| 9069 BRAXTON DRIVE | ) |
| UNION, KY 41091 | ) |
|  | ) |
| AND | ) |
|  | ) |
| DAVID CONGER | ) |
| 653 KATHRYN DRIVE | ) |
| WILMINGTON, OH 45177 | ) |
|  | ) |
| AND | ) |
|  | ) |
| KENNETH CONGER | ) |
| 653 KATHRYN DRIVE | ) |
| WILMINGTON, OH 45177 | ) |
|  | ) |
| AND | ) |
|  | ) |
| BRENDA CONLEY | ) |
| 2468 CHERRY STREET #1 | ) |
| CRESCENT SPRINGS, KY 41017 | ) |
|  | ) |
| AND | ) |
|  | ) |
| DANA CONLEY | ) |
| 2003 HENRY AVENUE | ) |
| MIDDLETOWN, OH 45042 | ) |
|  | ) |
| AND | ) |
|  | ) |
| LISA CONLEY | ) |
| 38 ASH STREET | ) |
| LUDLOW, KY 41016 | ) |
|  | ) |
| AND | ) |
|  | ) |
| FRANCENE COOK | ) |
| 3010 MELROSE AVE. #1 | ) |
| CINCINNATI, OH 45206 | ) |
|  | ) |
| AND | ) |
|  | ) |
| MICHAEL COOK | ) |

14

**161 MIDWAY DRIVE**                          )
**WILMINGTON, OH 45177**                      )
                                              )
**AND**                                       )
                                              )
**GARY L. COOTS**                             )
**14387 DIXON RD.**                           )
**MORNINGVIEW, KY 41063**                     )
                                              )
**AND**                                       )
                                              )
**JANET CORNETT**                             )
**147 BENT TREE DR.**                         )
**COVINGTON, KY 41017**                       )
                                              )
**AND**                                       )
                                              )
**MELISSA & MICHAEL COTTER,**                 )
**INDIVIDUALLY, AND ON BEHALF**               )
**OF THEIR MINOR SON,**                       )
**JACOB COTTER**                              )
**6202 OTTER CREEK DR.**                      )
**MIDDLETOWN, OH 45042**                      )
                                              )
**AND**                                       )
                                              )
**BARBARA COUCH**                             )
**750 GRAND AVE APT 408**                     )
**CINCINNATI. OH 45205**                      )
                                              )
**AND**                                       )
                                              )
**COUCH, SANDRA, ADMINISTRATRIX** )
**OF THE ESTATE OF JACKIE COUCH** )
**9099 MARSH WILLOW COURT**                   )
**WEST CHESTER, OH 45069**                    )
                                              )
**AND**                                       )
                                              )
**ERIC COURTNEY**                             )
**232 MILLER AVE.**                           )
**ASHEVILLE, OH 43107**                       )
                                              )
**AND**                                       )
                                              )
**MICHAEL CRAIL**                             )

**1887 HAPPY VALLEY DR.**                )
**FAIRFIELD OH, 45014**                  )
                                         )
**AND**                                  )
                                         )
**KAREN CRISSINGER**                     )
**1228 WEST CLARK STREET**               )
**SPRINGFIELD, OH 45177**                )
                                         )
**AND**                                  )
                                         )
**JOI CROWE**                            )
**1203 ANTHONY LANE**                    )
**MASON, OH 45040**                      )
                                         )
**AND**                                  )
                                         )
**FORREST AND CARRIE CROWE**             )
**INDIVIDUALLY AND ON BEHALF OF**        )
**THEIR MINOR DAUGHTER**                 )
**KALI CROWE**                           )
**2780 GUMGROVE ROAD**                   )
**CLARKSVILLE, OHIO 45113**              )
                                         )
**AND**                                  )
                                         )
**JOY CULLINS**                          )
**5429 SONGBIRD DRIVE**                  )
**CINCINNATI, OH 45239**                 )
                                         )
**AND**                                  )
                                         )
**KATHRYN CURLEY**                       )
**134 LEWIS DRIVE**                      )
**FORT MITCHELL, KY 41017**              )
                                         )
**AND**                                  )
                                         )
**JAMES CUZZORT**                        )
**222 MULBERRY STREET**                  )
**RISING SUN, IN  47040**                )
                                         )
**AND**                                  )
                                         )
**WILLIAM DABNEY**                       )
**1818 HEWITT AVE.**                     )

CINCINNATI, OH 45207 )
)
AND )
)
MCCAUGHEY, CHRISTOPHER, AS )
ADMINISTRATOR OF )
THE ESTATE OF MARGARET DAILEY)
599 IVY RIDGE DRIVE )
COLD SPRINGS, KY 41076 )
)
AND )
)
TAMMY DALE )
439 MORROW ROAD, LOT 79 )
SOUTH LEBANON, OH 45065 )
)
AND )
)
SCOTT DANIEL )
249 WARD AVE )
BELLEVUE, KY 41073 )
)
AND )
)
JOSEPH DAVIS )
3635 KOHN DRIVE #4201 )
FAIRFIELD, OH 45015 )
)
AND )
)
NELLIE DAVIS )
97 BROOKWOOD DRIVE )
WALTON, KY 41094 )
)
AND )
)
RALPH DAWSON )
209 APPLE VALLEY DRIVE )
LEWISBERG, OH 45338 )
)
AND )
)
OLLIE DEATON )
310 GLASS DRIVE )
CORINTH, KY 41010 )
)

17

AND                                         )
                                            )
STEFANIE DEATON                             )
11274 GRAVEN ROAD                           )
WALTON, KY 41094                            )
                                            )
AND                                         )
                                            )
DAMON DECK                                  )
6611 ELGIN COURT                            )
BURLINGTON, KY 41005                        )
                                            )
AND                                         )
                                            )
SANDRA DENNIS                               )
3010 DELMAR AVENUE                          )
CINCINNATI, OH  45213                       )
                                            )
AND                                         )
                                            )
ROBERT DENSLER                              )
15750 BELMONT DRIVE                         )
CRITTENDON, KY 41030                        )
                                            )
AND                                         )
                                            )
KRISTINE DORITY                             )
6718 WOOD STREET                            )
GOSHEN, OH 45122                            )
                                            )
AND                                         )
                                            )
CAROLYN DOTSON                              )
3797 TRENTON ROAD                           )
HAMILTON, OH 45011                          )
                                            )
AND                                         )
                                            )
DEBORAH DOYLE                               )
2739 WEST NORTH BEND ROAD,                  )
APT. #1                                     )
CINCINNATI, OH 45239                        )
                                            )
AND                                         )
                                            )
DOUGLAS DRAFTS                              )

**100 E. CENTRAL PARKWAY #413**	)
**CINCINNATI, OH 45202**	)
	)
**AND**	)
	)
**PATRICK DUGAN**	)
**1239 SPOTTED FAWN RUN**	)
**MILFORD, OH 45150**	)
	)
**AND**	)
	)
**BILLY DUGGER**	)
**137 MINEER ROAD**	)
**LYNCHBURG, OH 45142**	)
	)
**AND**	)
	)
**DAWN DUNKLIN**	)
**4249 SKYLARK DRIVE**	)
**CINCINNATI, OH 45238**	)
	)
**AND**	)
	)
**JACOB DURHAM**	)
**439 MORROW ROAD #195**	)
**LEBANON, OH 45065**	)
	)
**AND**	)
	)
**DARRELL EARLS**	)
**4115 KY HWY 16**	)
**GLENCOE, KY 41046**	)
	)
**AND**	)
	)
**CHRIS EBBING**	)
**3987 JANWARD DR.**	)
**CINCINNATI, OH 45211**	)
	)
**AND**	)
	)
**MONA EDER**	)
**1492 TUSCAN COURT**	)
**FLORENCE, KY 41042**	)
	)
**AND**	)

**KEVIN ELFERS**                      )
**928 BRIARWOOD COURT**               )
**MASON, OH 45040**                   )
                                      )
**AND**                               )
                                      )
**MCCLURE, BARBARA, AS**              )
**EXECUTRIX OF THE ESTATE OF**        )
**CONNIE MCCLURE-ELLINGTON**          )
**260 HAMMOND LANE**                  )
**CORINTH, KY 41010**                 )
                                      )
**AND**                               )
                                      )
**MCCLURE, BARBARA, AS**              )
**EXECUTRIX OF THE ESTATE OF**        )
**ROBERT ELLINGTON**                  )
**260 HAMMOND LANE**                  )
**CORINTH, KY 41010**                 )
                                      )
**AND**                               )
                                      )
**RICHARD ELLIOT**                    )
**120 BARTLETT AVENUE**               )
**ERLANGER, KY 41018**                )
                                      )
**AND**                               )
                                      )
**KELLY ENGLE**                       )
**2595 ONTARIO ST.**                  )
**CINCINNATI, OH 45231**              )
                                      )
**AND**                               )
                                      )
**BRENDA ERRGANG**                    )
**PO BOX 40**                         )
**PERRY PARK, KY 40363**              )
                                      )
**AND**                               )
                                      )
**TRACY ESSELMAN**                    )
**90 FAIRLAND AVE**                   )
**WILMINGTON, OH 45177**              )
                                      )
**AND**                               )

**MARGIE EVERSOLE**    )
**303 WEST HIGH STREET**  )
**WARSAW, KY 41085 APT.#4** )
           )
**AND**         )
           )
**ARLENE FAIT**     )
**10174 BURLEIGH LANE**  )
**UNION, KY 41091**    )
           )
**AND**         )
           )
**BATES, KIMBERLY, AS**   )
**ADMINISTRATRIX OF THE**  )
**ESTATE OF TONY FALKNER** )
**3 VANCE COURT**    )
**HAMILTON, OH 45015**   )
           )
**AND**         )
           )
**LINDA FAVARON, EXECUTOR OF** )
**THE ESTATE OF NEIL FAVARON,** )
**DECEASED**       )
**136 SOUTH MASON-MONTGOMERY** )
**ROAD**         )
**MASON, OH 45040**    )
           )
**AND**         )
           )
**JACOB FELTNER**    )
**1668 HICKORY GROVE ROAD** )
**FOSTER, KY 41013**    )
           )
**AND**         )
           )
**KAREN FELTNER**    )
**1769 HIGHWATER ROAD**  )
**BROMLEY, KY 41017**   )
           )
**AND**         )
           )
**ANGELA FERRELL**    )
**3037 BLUE HERON DRIVE**  )
**HAMILTON, OH 45011**   )
           )

AND )
  )
DAMIAN FIELDS )
2134 HATMAKER STREET )
#3, CINCINNATI, OH 45204 )
  )
AND )
  )
CAELA FINNELL )
704 BEAR COURT )
INDEPENDENCE, KY 41051 )
  )
AND )
  )
TROY FITE )
811 COMMONS DRIVE )
MILFORD, OH 45150 )
  )
AND )
  )
ALYSSA FLATT )
3870 HAMMOND BLVD. )
HAMILTON, OH 45015 )
  )
AND )
  )
JOSH FOGEL )
1317 CROSSCREEK DRIVE )
LOVELAND, OH 45140 )
  )
AND )
  )
FRANCINE FORD )
1214 RYLAND AVENUE )
CINCINNATI, OH 45237 )
  )
AND

SHAMIYA FORD )
1214 RYLAND AVENUE )
CINCINNATI, OH 45237 )
  )
AND )
  )
LENNIE FOSSETT )
5617 DOERGER LANE )

CINCINNATI, OH 45212       )
                              )

AND                          )
                              )

ANGELINA FOSTER     )
2239 FOXBORO COURT   )
ERIE, PA 16510         )
                              )

AND                          )
                              )

AMANDA FRANKS       )
651 RUTLAND ROAD    )
CYNTHIANA, KY 41031  )
                              )

AND                          )
                              )

JOANN FRAZIER        )
2516 PEKIN ROAD      )
SPRINGBORO, OH 45066 )
                              )

AND                          )
                              )

JULIE FREEMAN       )
2081 CHASE WAY, APT. 313  )
INDEPENDENCE, KY 41051 )
                              )

AND                          )
                              )

AMY FULLER           )
401 DEER TRACE       )
WALTON, KY 41094     )
                              )

AND                          )
                              )

JUDITH GARDNER     )
9494 ST. RT. 136       )
WEST UNION, OH 45693  )
                              )

AND                          )
                              )

CHRISTINE GERALDS   )
1890 MISTY HILL DR.    )
CINCINNATI, OH 45240   )
                              )

AND                          )
                              )

**ERMA JEAN GILBERT**                )
**2523 HARRIS PIKE**                    )
**INDEPENDENCE, KY 41051**      )
                                                      )
**AND**                                            )
                                                      )
**CHRISTINE GOLDSTEIN**          )
**1422 ASCHINGER BLVD.**          )
**COLUMBUS, OH 43212**            )
                                                      )
**AND**                                            )
                                                      )
**DONNA GOOD**                         )
**431 SHEPHERD AVENUE APT. 2** )
**CINCINNATI, OH 45215**            )
                                                      )
**AND**                                            )
                                                      )
**GREG GRABER**                        )
**3314 MEADOW GREEN COURT**   )
**AMELIA, OH 45102**                  )
                                                      )
**AND**                                            )
                                                      )
**MAURICE GRABOW**                 )
**13208 RYLE ROAD**                   )
**UNION, KY 41091**                    )
                                                      )
**AND**                                            )
                                                      )
**ERIN GREELISH**                      )
**1915 EMORY COURT**                )
**HEBRON, KY 41048**                 )
                                                      )
**AND**                                            )
                                                      )
**GLORIA GREENE**                      )
**1106 WALNUT STREET**            )
**HAMILTON, OH 45011**            )
                                                      )
**AND**                                            )
                                                      )
**TODD GREEN**                           )
**2349 JOSHUA CIRCLE**             )
**MIDDLETOWN, OH 45044**        )
                                                      )

24

**AND**                                      )
                                             )
**ROBBIE GREGORY**                           )
**3899 SCHROEDER DRIVE**                      )
**HAMILTON, OH 45011**                        )
                                             )
**AND**                                      )
                                             )
**CARLA GRIESSMAN**                          )
**404 VICTORIA PLACE**                       )
**TRENTON, OH 45067**                        )
                                             )
**AND**                                      )
                                             )
**SUSAN GRIFFIN**                            )
**4915 ANDREW STREET**                       )
**ST. BERNARD, OH 45217**                    )
                                             )
**AND**                                      )
                                             )
**JENNY GRIMM**                              )
**134 GARVEY AVENUE**                        )
**ELSMERE, KY 41018**                        )
                                             )
**AND**                                      )
                                             )
**MELISSA HABERMEHL**                        )
**3184 VERONA-MUDLICK ROAD**                 )
**VERONA, KY 41092**                         )
                                             )
**AND**                                      )
                                             )
**KEVIN HAGGARD**                            )
**6190 RIDGEWOOD COURT**                     )
**FLORENCE, KY 41042**                       )
                                             )
**AND**                                      )
                                             )
**LENORA HAGGARD**                           )
**6190 RIDGEWOOD COURT**                     )
**FLORENCE, KY 41042**                       )
                                             )
**AND**                                      )
                                             )
**TAURA HALBERT, INDIVIDUALLY**              )
**AND ON BEHALF OF**                         )

25

**HER SON, PARIS HALBERT**    )
**5209 WARD STREET**    )
**CINCINNATI, OH 45227**    )
    )
**AND**    )
    )
**LYNN HALEY**    )
**12968 WYNEWOOD TRAIL**    )
**INDEPENDENCE, KY 41051**    )
    )
**AND**    )
    )
**ALYSSA HALL**    )
**13005 WYNEWOOD TRAIL**    )
**INDEPENDENCE, KY 41051**    )
    )
**AND**    )
    )
**DAVID HALL, ADMINISTRATOR**    )
**OF THE ESTATE OF LISA HALL**    )
**13005 WYNEWOOD TRAIL**    )
**INDEPENDENCE, KY 41051**    )
    )
**AND**    )
    )
**RUHAMA HALL**    )
**31 COUNTY SEAT**    )
**BATAVIA, OH 45103**    )
    )
**AND**    )
    )
**DOROTHEA HAMILTON**    )
**1228 STATE ROUTE 380**    )
**WILMINGTON, OH 45177**    )
    )
**AND**    )
    )
**SAMANTHA HAMILTON**    )
**613 MILLVILLE-OXFORD ROAD**    )
**HAMILTON, OH 45013**    )
    )
**AND**    )
    )
**DENISE HAMILTON,**    )
**INDIVIDUALLY, AND ON BEHALF**    )
**OF HER MINOR SON, WILLIAM**    )

26

**HAMILTON**                                    )
**98 WEST FOSTER**                              )
**MAINEVILLE, OH 45039**                        )
                                                )
**AND**                                         )
                                                )
**COURTNEY HAMMONS**                            )
**312 ROSS AVENUE, APT. 3**                     )
**HAMILTON, OH 45013**                          )
                                                )
**AND**                                         )
                                                )
**GERALD HAMMONS**                              )
**14001 DECORUSEY PARK**                        )
**MORNINGVIEW, KY 41063**                       )
                                                )
**AND**                                         )
                                                )
**RYAN HANDORF**                                )
**5407 KINGS RIDGE WAY**                        )
**KINGS MILLS, OH 45034**                       )
                                                )
**AND**                                         )
                                                )
**TIMOTHY HANNON**                              )
**181 MILLVILLE-OXFORD ROAD**                   )
**HAMILTON, OH 45013**                          )
                                                )
**AND**                                         )
                                                )
**DAVID HARRIS**                                )
**170 RICHARDSON PLACE, #1**                    )
**CINCINNATI, OH 45233**                        )
                                                )
**AND**                                         )
                                                )
**ADAM HARTMAN**                                )
**4110 RANDALL PARKWAY, APT. 1F**               )
**WILMINGTON, NC 28403**                        )
                                                )
**AND**                                         )
                                                )
**KEVIN HARTNESS**                              )
**1070 BETHEL NEW RICHMOND RD.**                )
**APT. 15**                                     )
**NEW RICHMOND, OH 45157**                      )

```
                                        )
AND                                     )
                                        )
JESSICA HASTINGS                        )
6655 SHADY OAK LANE                     )
MASON, OH 45040                         )
                                        )
AND                                     )
                                        )
WAYNE HATFIELD                          )
13 CEDAR DRIVE                          )
STERLING, VA 20164                      )
                                        )
AND                                     )
                                        )
SARA HAUENSTEIN                         :
600 NW 80TH AVENUE                      )
OCALA, FL 34482                         )
                                        )
AND                                     )
                                        )
DOUGLAS HAYES, SR.                      )
2900 ARMCO DR.                          )
MIDDLETOWN, OH 45042                    )
                                        )
AND                                     )
                                        )
LARRY STEPHEN HAYES                     )
AS ADMINISTRATOR OF THE                 )
ESTATE OF WILLIAM HAYES                 )
3229 GLENGYLE AVE., #1                  )
CINCINNATI, OH 45208                    )
                                        )
AND                                     )
                                        )
CHRISTOPHER HAYNES, AS FATHER )
AND NEXT FRIEND OF                      )
EMILY HAYNES, A MINOR                   )
4037 WITHROW ROAD                       )
HAMILTON, OH 45011                      )
                                        )
AND                                     )
                                        )
MINUET HEALY                            )
1921 MEARS AVENUE, APT. 2              )
CINCINNATI, OHIO 45230                  )
```

**AND** )
)
)
**LESLIE POWERS, ADMINISTRATOR** )
**FOR THE ESTATE OF** )
**HEATHER HEFFNER, DECEASED,** )
**3815 HAMILTON-MASON ROAD** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**DENISE HELTON** )
**1206 2ND STREET** )
**READING, OH 45215** )
)
**AND** )
)
**EVELYN HELTON** )
**6855 MORROW-ROSSBURG ROAD** )
**MORROW, OH 45152** )
)
**AND** )
)
**THERESA HELTON** )
**4700 WEST FORK ROAD** )
**CINCINNATI, OH 45247** )
)
**AND** )
)
**DEBRA HENDERSON** )
**765 SANDERS DRIVE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**KELLY HENNESSY** )
**4226 TURRILL STREET** )
**CINCINNATI, OH 45223** )
**AND** )
)
**BARBARA HENSLEY** )
**12063 DECKER** )
**RICHWOOD, KY 41094** )
)
**AND** )
)

**RYAN HENSLEY**           )
**6298 E. HIGHWAY 221**   )
**BLEDSOE, KY 40810**     )
                            )
**AND**                     )
                            )
**KATHY HERSLEY, AS MOTHER AND** )
**NEXT FRIEND OF EMILY HERBERT,** )
**A MINOR,**              )
**505 EAST MAIN**         )
**GREENSBURG, IN 47240**  )
                            )
**AND**                     )
                            )
**KATHY HERSLEY**       )
**505 EAST MAIN**         )
**GREENSBURG, IN 47240**  )
                            )
**AND**                     )
                            )
**JENNIFER HICKEY**     )
**9093 WISTERIA COURT**   )
**FLORENCE, KY 41042**    )
                            )
**AND**                     )
                            )
**ALISSA HIGHTCHEW**    )
**417 WEST NINTH STREET** )
**NEWPORT, KY 41071**     )
                            )
**AND**                     )
                            )
**KAREN HIGGINBOTHAN**  )
**167 BARABOO**           )
**LIBERTY TOWNSHIP, OH 45011** )
                            )
**AND**                     )
                            )
**MICHAEL HILLARD**    )
**9337 CINCINNATI PIKE**   )
**CORINTH, KY 41010**      )
                            )
**AND**                     )
                            )
**DIRK HITCHCOCK**     )
**10425 KIMBERLY DRIVE**  )

**FLORENCE, KY 41042** )
)
**AND** )
)
**CELESTE HOFFMAN** )
**13 YEALEY DRIVE** )
**FLORENCE, KY 41042** )
)
**AND** )
)
**LUKE HOLCOMB** )
**160 PANSY PIKE** )
**BLANCHESTER, OH 45107** )
)
**AND** )
)
**LORETTA HON** )
**320 HWY. 227 N.** )
**NEW LIBERTY, KY 40355** )
)
**AND** )
)
**CHELSEA HORTMAN** )
**3414 TURTLECREEK ROAD** )
**LEBANON, OH 45036** )
)
**AND** )
)
**ROBERT HOUGHTON, SR.** )
**6342 ST RT 730** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**ROBERT HOUGHTON, JR.** )
**6342 ST RT 730** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**RICKY HOUNCHELL** )
**1204 GREENWOOD AVENUE** )
**HAMILTON, OH 45011** )
)
**AND** )
)

31

**RITA HOUCHELL** )
**1204 GREENWOOD AVENUE** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**KATHRYN HOWELL** )
**1355 CASON LAND** )
**DRY RIDGE, KY 41035** )
)
**AND** )
)
**GERBUS, MARY, AS** )
**ADMINISTRATRIX OF THE ESTATE** )
**OF LOIS HUGHES** )
**986 E. CRESCENTVILLE ROAD** )
**CINCINNATI, OH 45246** )
)
**AND** )
)
**TAMMY HUGHES** )
**9042 SUPREME COURT** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**KEVIN HUNLEY** )
**13478 SERVICE ROAD** )
**WALTON, KY 41094** )
)
**AND** )
)
**CAROLYN HURSONG** )
**3464 HOLLYGLEN COURT** )
**CINCINNATI, OH 45251** )
)
**AND** )
)
**DAVID HUSER, AS EXECUTOR** )
**OF THE ESTATE OF CONNIE HUSER,** )
**DECEASED** )
**9148 TAG DRIVE** )
**CINCINNATI, OH 45231** )
)
**AND** )
)

GEORGE HUTCHINSON   )
3951 WEST 8TH STREET   )
CINCINNATI, OH 45205   )
            )
AND         )
            )
MARTHA HUTTON    )
9520 AMBLESIDE DRIVE   )
CINCINNATI, OH 45241   )
            )
AND         )
            )
IRENE HYDE      )
105 CRYSTAL LAKE DRIVE  )
COVINGTON, KY 41017   )
            )
AND         )
            )
JEFFREY HYDE     )
105 CRYSTAL LAKE DRIVE  )
COVINGTON, KY 41017   )
            )
AND         )
            )
ELSA IERACI      )
11815 NEUSS AVENUE   )
CINCINNATI, OH 45246   )
            )
AND         )
            )
ALYSSA JACKSON    )
6118 LANCASHIRE TRAIL.  )
LIBERTY TOWNSHIP   )
OH 45044       )
            )
AND         )
            )
TRACY JANSON     )
785 REED KINMAN ROAD  )
WILLIAMSTOWN, KY 41097  )
            )
AND         )
            )
KIMBERLY JENKINS   )
1404 TURNER RIDGE ROAD  )
FALMOUTH, KY 41040   )

33

**AND**      )
         )
**SARAH JESSEE**   )
**2475 ROOSEVELT ST.**  )
**CINCINNATI, OH 45231** )
         )
**AND**      )
         )
**STEPHANIE JOBE**  )
**16602 SELL CIRCLE #41** )
**HUNTINGTON BEACH, CA 92649** )
         )
**AND**      )
         )
**AMBER JOHNSON**  )
**6239 CAVALCADE DRIVE** )
**HAMILTON, OH 45011**  )
         )
**AND**      )
         )
**CHELSEA JOHNSON**  )
**1616 GARRARD STREET** )
**COVINGTON, KY 41014**  )
         )
**AND**      )
         )
**KAREN JOHNSON**  )
**116 HUNTERS COURT**  )
**AMELIA, OH 45102**   )
         )
**AND**      )
         )
**ROGER JOHNSON**   )
**5261 RIVER ROAD**   )
**FAIRFIELD, OH 45014**  )
         )
**AND**      )
         )
**SARA JONAS**    )
**6502 JENNIFER COURT**  )
**LIBERTY TOWNSHIP, OH 45044** )
         )
**AND**      )
         )
**KELLY JONES, ADMINISTRATOR OF** )

**THE ESTATE OF DILLON JONES**    )
**5033 RIVERWALD DR.**    )
**KINGS MILLS, OH 45034**    )
    )
**AND**    )
    )
**JOAN JONES**    )
**3218 WOODWARD STREET**    )
**ERLANGER, KY 41018**    )
    )
**AND**    )
    )
**RACHEL JONES**    )
**1553 PULLAN AVENUE**    )
**CINCINNATI, OH 45223**    )
    )
**AND**    )
    )
**SYDNEY JONES**    )
**601 SOUTH MAIN STREET**    )
**P.O. BOX 492**    )
**MILAN, IN 47031**    )
    )
**AND**    )
    )
**TAMMY JONES**    )
**9618 DECOURSEY PIKE**    )
**RYLAND HEIGHTS, KY 41015**    )
    )
**AND**    )
    )
**JACQUELINE JUDKINS**    )
**6779 YOAKUM COURT**    )
**LIBERTY TOWNSHIP, 45044**    )
    )
**AND**    )
    )
**JUDKINS, JACQUELINE, AS**    )
**ADMINISTRATRIX OF THE**    )
**ESTATE OF PHYLLIS JUDKINS**    )
**11651 NORBOURNE DRIVE, #505**    )
**CINCINNATI, OH 45240**    )
    )
**AND**    )
    )
**MCCAUGHEY, CHRISTOPHER, AS**    )

ADMINISTRATOR OF )
THE ESTATE OF SARAH JUERGENS )
9592 BROWER ROAD )
NORTH BEND, OH 45052 )
)
AND )
)
HOLLEY, CATHY, ADMINISTRATRIX )
OF THE ESTATE OF )
LINDA KALLMEYER-WARD )
12000 WESTERLY DRIVE )
CINCINNATI, OH 45231 )
)
AND )
)
JOSH KAUFFMAN )
1794 MARINERS CV )
LOVELAND, OH 45140 )
)
AND )
)
KATELYN KAUFFMAN )
572 PEDRETTI AVE. )
CINCINNATI, OH 45238 )
)
AND )
)
MICHELE KEPLINGER )
170 WIDEVIEW DRIVE )
SPARTA, KY 41086 )
)
AND )
)
MARTHA KIBLER )
9078 CANAL WAY )
WEST CHESTER, OH 45069 )
)
AND )
)
DEBORAH KIDD )
1625 ASMAN AVENUE )
CINCINNATI, OH 45229 )
)
AND )
)
SHERRY KIDD )

36

**12 CHERRYWOOD LANE** )
**ALEXANDRIA, KY 41001** )
)
**AND** )
)
**VIVIAN KIEFER** )
**742 MILLSTREAM DR.** )
**TAYLOR MILL, KY 41015** )
)
**AND** )
)
**CHARLOTTE KING** )
**1358 AMMERMAN LANE** )
**FALMOUTH, KY 41040** )
)
**AND** )
)
**MAGGIE KNAUER, AS EXECUTOR** )
**OF THE ESTATE OF** )
**CHRISTOPHER KNAUER, DECEASED** )
**446 SHANNON CIRCLE** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**MAGGIE KNAUER** )
**446 SHANNON CIRCLE** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**AMANDA KOCH** )
**5133 MOUNT ALVERNO** )
**CINCINNATI, OH 45238** )
)
**AND** )
)
**ROSE KOEHLER** )
**7060 MAUD HUGHES ROAD** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**SHANNON KOEHLER** )
**135 MONTCLAIR STREET** )
**LUDLOW, KY 41016** )

AND        )
)
)
MIKE KOELBLIN   )
1221 MILLVILLE AVENUE )
HAMILTON, OH 45013  )
)
AND        )
)
VALARIE KOPP    )
14216 DECOURSEY PIKE  )
MORNING VIEW, KY 41063 )
)
AND        )
)
LAURA KATHLEEN   )
KRANBUHL-MCKEE   )
105 NORTH THIRD STREET )
LOVELAND, OH 45140   )
)
AND        )
)
LARRY KRECH    )
725 COACHWAY COURT  )
TAYLOR MILL, KY 41015  )
)
AND        )
)
BRANDON LACINAK   )
890 E. COLUMBIA AVENUE )
CINCINNATI, OH 45215   )
)
AND        )
)
NATASHA LAINHART   )
58 HIGH STREET    )
WALTON, KY 41094    )
)
AND        )
)
VICTORIA LANDRUM   )
10357 BANKLICK RD.   )
WALTON, KY 41094    )
)
AND        )
)

38

**N.L., (A MINOR)**                                    )
**BY AND THROUGH HIS PARENTS**              )
**AND NEXT FRIENDS**                              )
**LYNDON AND MAURINE LANGFORD** )
**856 HAMLIN DRIVE**                               )
**MAINEVILLE, OH 45039**                        )
                                                              )
**AND**                                                     )
                                                              )
**TOM LANTRY**                                        )
**102 PROMONTORY DR., APT. D**            )
**COVINGTON, KY 41015**                        )
                                                              )
**AND**                                                     )
                                                              )
**PATRICIA LEGENDRE**                          )
**1010 MORADO DRIVE**                          )
**CINCINNATI, OH 45238**                       )
                                                              )
**AND**                                                     )
                                                              )
**KAREN LEGER**                                     )
**1812 MOREY AVENUE**                          )
**HAMILTON, OH 45011**                         )
                                                              )
**AND**                                                     )
                                                              )
**BETH LEISRING**                                   )
**5356 TAYLOR MILL ROAD**                   )
**TAYLOR MILL, KY 41015**                     )
                                                              )
**AND**                                                     )
                                                              )
**SANDRA LEMMEL**                               )
**6671 TRADITION TRAIL**                      )
**MASON, OH 45040**                              )
                                                              )
**AND**                                                     )
                                                              )
**KATIE LEHMKUHL**                             )
**9504 MAIN ST.**                                     )
**CINCINNATI, OH 45242**                       )
                                                              )
**AND**                                                     )
                                                              )
**AILENE LEVAN**                                    )

**675 EUCLID STREET** )
**CRESCENT SPRINGS, KY 410171** )
)
**AND** )
)
**HILLARY LEVANDOFSKY** )
**1645 WEST MAIN #2** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**ADRIAN LILLY** )
**3474 INEX AVENUE** )
**BETHEL, OH 45106** )
)
**AND** )
)
**DEREK LIST** )
**3617 TAMBER RIDGE DRIVE** )
**COVINGTON, KY 41015** )
)
**AND** )
)
**LYNNE LIST** )
**3617 TAMBER RIDGE DRIVE** )
**COVINGTON, KY 41015** )
)
**AND** )
)
**TAMMIE LITTLE** )
**290 PRARIE AVENUE, APT. 208** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**TAMALA LOVETTE** )
**485 DEWDROP CIRCLE, UNIT D** )
**CINCINNATI, OHIO 45240** )
)
**AND** )
)
**KIMBERLY LUSE** )
**4549 AMELIA CIR.** )
**HAHIRA, GA 31632** )
)
**AND** )

)
**NICHOLAS BARKEY,** )
**ADMINISTRATOR OF THE ESTATE** )
**OF RHONDA MAINS** )
**408 HAWTHORNE STREET** )
**COVINGTON, KY 41014** )
)
**AND** )
)
**SHIRLEY MAINS** )
**3526 SHADYSIDE DRIVE** )
**ERLANGER, KY 41018** )
)
**AND** )
)
**VICKY MAINS** )
**97 ABBEYWOOD DRIVE APT. 307** )
**FALMOUTH, KY 41040** )
)
**AND** )
)
**TAMMY MANN** )
**3487 CLOVER DRIVE** )
**COVINGTON, KY 41015** )
)
**AND** )
)
**KENNETH MAHLENKAMP** )
**113 GRANT ST.** )
**FT. THOMAS, KY 41075** )
)
**AND** )
)
**JACK MARSCHESCHI** )
**1360 PENNSBURY DRIVE** )
**CINCINNATI, OH 45238** )
)
**AND** )
)
**SHARON HOWARD, ADMINISTRATOR** )
**OF THE ESTATE OF** )
**PAUL MARKSBERRY** )
**1211 GARRARD STREET** )
**COVINGTON, KY 41011** )
)
**AND** )

**TIMOTHY MARSHALL**                    )
**60 JONES ROAD**                       )
**CORINTH, KY 41010**                   )
                                        )
**AND**                                 )
                                        )
**JULIE MARTIN**                        )
**3959 ASHMONT DRIVE**                  )
**ERLANGER, KY 41018**                  )
                                        )
**AND**                                 )
                                        )
**MARTIN, KELLY, ON BEHALF**            )
**OF HER MINOR DAUGHTER**               )
**MACY ACORD**                          )
**2488 ROZELLE CREEK RD.**              )
**CHILLICOTHE, OH 45601**               )
                                        )
**AND**                                 )
                                        )
**MARSHA MARTIN**                       )
**2532 DALE CT**                        )
**FT. MITCHELL, KY 41017**              )
                                        )
**AND**                                 )
                                        )
**STACY JOHN MARTIN**                   )
**1875 HWY 127**                        )
**WARSAW, KY 41095**                    )
                                        )
**AND**                                 )
                                        )
**ROBERT MASTERS**                      )
**5955 FURLONG WAY**                    )
**HAMILTON, OH 45011**                  )
                                        )
**AND**                                 )
                                        )
**TRACI MATHEWS**                       )
**694 BLUEBIRD LANE**                   )
**CINCINNATI, OHIO 45244**              )
                                        )
**AND**                                 )
                                        )
**BRANDON MATHIS**                      )

**5361 BAY VIEW DRIVE, #54**           )
**TAYLOR MILL, KY 41015**              )
                                       )
**AND**                                )
                                       )
**DONALD MAUNTEL,**                    )
**INDIVIDUALLY, AND ON BEHALF**        )
**OF THEIR MINOR DAUGHTER,**           )
**MARY MAUNTEL**                       )
**1837 ASHBROOK DR**                   )
**CINCINNATI, OH 45238**               )
                                       )
**AND**                                )
                                       )
**KIMBERLY MAYER**                     )
**3535 E TAYLOR SCHOOL ROAD**          )
**HAMILTON, OH 45011**                 )
                                       )
**AND**                                )
                                       )
**DEREK MAYFIELD**                     )
**455 SQUIRESVILLE RD.**               )
**OWENTON, KY 40359**                  )
                                       )
**AND**                                )
                                       )
**JAMES MCCAIN**                       )
**615 SHULTZ DRIVE**                   )
**HAMILTON, OH 45013**                 )
                                       )
**AND**                                )
                                       )
**JENNA MCCALL**                       )
**4010 HAMMOND BLVD**                  )
**HAMILTON, OH 45015**                 )
                                       )
**AND**                                )
                                       )
**HEATHER MCCANN**                     )
**99 A STREET**                        )
**WILMINGTON, OH 45177**               )
                                       )
**AND**                                )
                                       )
**HIRAM MCCAULEY**                     )
**4256 ASPEN DRIVE**                   )

43

INDEPENDENCE, KY 41051 )
)
AND )
)
KYRA MCCLENDON )
2224 OAKLAND AVENUE )
COVINGTON, KY 41014 )
)
AND )
)
FLETCHER, STACY, AS EXECUTRIX )
OF THE ESTATE OF )
JEFFREY MCCLURE )
1860 HEATHEN RIDGE ROAD )
CRITTENDEN, KY 41030 )
)
AND )
)
KEVIN MCDONALD )
1073 CLOUGH PIKE )
CINCINNATI, OH 45245 )
)
AND )
)
MARCELLA MCDONALD )
1073 CLOUGH PIKE )
CINCINNATI, OH 45245 )
)
AND )
)
GRANT MCKENNEY )
2792 SHAMU DRIVE )
HEBRON, KY 41048 )
)
AND )
)
CANDI MCKINNEY )
4258 ASPEN DRIVE APT. 2 )
INDEPENDENCE, KY 41051 )
)
AND )
)
TYLER MCKNIGHT )
816 FRANKLIN STREET )
HAMILTON, OH 45013 )
)

**AND**                                                    )
                                                           )
**TERESA MCMILLEN**                                        )
**10616 CINDERELLA DRIVE**                                 )
**MONTGOMERY, OH 45242**                                   )
                                                           )
**AND**                                                    )
                                                           )
**MARK MCMURREN**                                          )
**89 EAST MEADOW DRIVE**                                   )
**BATAVIA, OH 45103**                                      )
                                                           )
**AND**                                                    )
                                                           )
**KAMERON MCNEAL**                                         )
**110141 WEST ROAD #3**                                    )
**HARRISON, OH 45013**                                     )
                                                           )
**AND**                                                    )
                                                           )
**KERRY MCNEAL**                                           )
**4114 RACE LANE ROAD**                                    )
**OKEANA, OH 45033**                                       )
                                                           )
**AND**                                                    )
                                                           )
**TONIA MCQUEARY**                                         )
**6342 LAKE RIDGE COURT**                                  )
**LOVELAND, OH 45140**                                     )
                                                           )
**AND**                                                    )
                                                           )
**TIFFANY MEADOWS**                                        )
**1045 GOODMAN AVENUE**                                    )
**HAMILTON, OH 45013**                                     )
                                                           )
**AND**                                                    )
                                                           )
**DAWN MERLAND**                                           )
**17 ORCHARD AVE.**                                        )
**CINCINNATI, OH 45215**                                   )
                                                           )
**AND**                                                    )
                                                           )
**TIFFANY MESSERSCHMIDT**                                  )
**15131 PINE ROAD**                                        )

BROOKVILLE, IN 47012                    )
                                        )
AND                                     )
                                        )
RANDALL METCALF                         )
3345 ROBERT E. LEE DRIVE                )
ERLANGER, KY 41018                      )
                                        )
AND                                     )
                                        )
DIANE MEYER                             )
5279 PONDEROSA DRIVE                    )
CINCINNATI, OH 45239                    )
                                        )
AND                                     )
                                        )
TOM MEYERS                              )
9281 INDIAN TRACE RD                    )
ALEXANDRIA, KY 41001                    )
                                        )
AND                                     )
                                        )
LYNDSEY MIDDENDORF                      )
3291 RIDGETOP WAY                       )
EDGEWOOD, KY 41017                      )
                                        )
AND                                     )
                                        )
KAREN MILLER                            )
993 SOUTHRIDGE AVENUE                   )
WILMINGTON, OH 45177                    )
                                        )
AND                                     )
                                        )
RYAN MILLER                             )
10949 THORNVIEW DRIVE                   )
CINCINNATI, OH 45241                    )
                                        )
AND                                     )
                                        )
SAMANTHA MINK                           )
10007 BENT TREE CIRCLE                  )
UNION, KY 41091                         )
                                        )
AND                                     )
                                        )

**VERA MOFFITT**                          )
**771 COLBERT CIRCLE**                     )
**CINCINNATI, OH 45240**                   )
                                          )
**AND**                                    )
                                          )
**JUNIOR MONROE**                          )
**1011 MONROE ROAD**                       )
**PEEBLES, OH 45660**                      )
                                          )
**AND**                                    )
                                          )
**BILLIE JANE MOORE**                      )
**2525 LEMON NORTHCUTT ROAD**              )
**DRY RIDGE, KY 41035**                    )
                                          )
**AND**                                    )
                                          )
**DEBBIE MOORE**                           )
**8174 SMITH ROAD**                        )
**BROOKEVILLE, IN 47012**                  )
                                          )
**AND**                                    )
                                          )
**DONALD MOORE**                           )
**116 AARONSWAY**                          )
**DRY RIDGE, KY 41035**                    )
                                          )
**AND**                                    )
                                          )
**ROBERT MOORE**                           )
**274 PRAIRIE AVENUE**                     )
**WILMINGTON, OH 45177**                   )
                                          )
**AND**                                    )
                                          )
**STEPHANIE MOORE**                        )
**80 CLEARVIEW LANE**                      )
**FRANKLIN, OH 45005**                     )
                                          )
**AND**                                    )
                                          )
**TIM MOORE**                              )
**425 SILVERLAKE AVE.**                    )
**ERLANGER, KY 41018**                     )
                                          )

47

AND                                              )
                                                 )
WILLIAM MOORE                                    )
11377 MOUNT VERNON DRIVE                         )
DUNCANVILLE, AL 35456                            )
                                                 )
AND                                              )
                                                 )
ROBERT MOUNCE                                    )
2396 PARAGON MILL DRIVE                          )
BURLINGTON, KY 41005                             )
                                                 )
AND                                              )
                                                 )
REBA MORGAN                                      )
2006 DIXON ROAD                                  )
SADIEVILLE, KY  40370                            )
                                                 )
AND                                              )
                                                 )
SARRA MUELLER                                    )
3966 WASHINGTON ROAD                             )
CHEVIOT, OH 45211                                )
                                                 )
AND                                              )
                                                 )
STEPHANIE MUELLER                                )
226 SHORT MAY ST.                                )
ELSMERE, KY 41018                                )
                                                 )
AND                                              )
                                                 )
JENNIFER MYERS                                   )
301 SOUTH 1ST STREET                             )
TRENTON, OHIO 45067                              )
                                                 )
AND                                              )
                                                 )
JOETTA NAFE                                      )
741 RIDGEWOOD AVE.                               )
HAMILTON, OH 45013                               )
                                                 )
AND                                              )
                                                 )
TONYA NEAL                                       )
5350 ASTER PARK DRIVE                            )

**HAMILTON, OH 45011**                          )
                                                )
**AND**                                         )
                                                )
**CHARLES NELSON**                              )
**1103 THIRD STREET**                           )
**DAYTON, KY 41074**                            )
                                                )
**AND**                                         )
                                                )
**GARY NEU**                                    )
**6831 PARKLAKE DR.**                           )
**MASON, OH 45040**                             )
                                                )
**AND**                                         )
                                                )
**MARJORIE NEWMAN**                             )
**355 SECOND STREET**                           )
**MORROW, OH 45152**                            )
                                                )
**AND**                                         )
                                                )
**TERESA NICHOLS**                              )
**1291 DEBLIN DRIVE**                           )
**MILFORD, OH 45150**                           )
                                                )
**AND**                                         )
                                                )
**RAHMANN NISBETT**                             )
**51 BUTTERMILK PIKE**                          )
**LAKESIDE PARK, KY 41017**                     )
                                                )
**AND**                                         )
                                                )
**MICHELLE NOBLE**                              )
**1876 MT. ZION ROAD**                          )
**UNION, KENTUCKY 41091**                       )
                                                )
**AND**                                         )
                                                )
**GAIL NORDEMAN**                               )
**15031 PUNTA RASSA RD**                        )
**#503**                                        )
**FT. MYERS, FL 33908**                         )
                                                )
**AND**                                         )

**RUVIMBO NYEMBA**       )
**4131 ST MARTIN PLACE**     )
**CINCINNATI, OH 45211**    )
                              )
**AND**              )
                              )
**WENDY OBERLANDER**    )
**6910 EVANSTON AVE.**     )
**MUSKEGON, MI 49442**    )
                              )
**AND**              )
                              )
**MICHAEL ODULANA**     )
**20203 EMERSON**        )
**CINCINNATI, OH 45239**    )
                              )
**AND**              )
                              )
**TIMOTHY OSBORN**      )
**57 E MAIN STREET, UNIT B**  )
**CLARKSVILLE, OH 45113**   )
                              )
**AND**              )
                              )
**DANNIE OWENS**        )
**1090 LOVELAND-MADEIRA ROAD, #10**
**LOVELAND, OH 45140**     )
                              )
**AND**              )
                              )
**HALEY PAYNE**          )
**1680 BIG THREE MILE ROAD**  )
**ABERDEEN, OH 45101**     )
                              )
**AND**              )
                              )
**JEFF PEDDICORD**       )
**3657 MILLS ROAD**       )
**INDEPENDENCE, KY 41051**  )
                              )
**AND**              )
                              )
**DUANE PELFREY**       )
**950 SHEFFIELD DR.**      )
**MASON, OH 45040**      )

AND )
 )
 )
ANGELA PENNINGTON )
1785 STATE ROUTE 28, #50 )
GOSHEN, OH 45122 )
 )
AND )
 )
 )
PFETSCH, NANCY, AS EXECUTRIX )
OF THE ESTATE OF )
KENNETH PFETSCH )
4832 BRIDGE LANE, APT. 1 )
MASON, OH 45040 )
 )
AND )
 )
 )
CLARENCE PHILLIPS )
28 HEARTHSTONE COURT )
FLORENCE, KY 41042 )
 )
AND )
 )
 )
HEATHER PICKETT )
207 PRUYN STREET )
AURORA, IN 47001 )
 )
AND )
 )
 )
CRYSTAL PIERCE )
3543 EPLEY ROAD, #3 )
CINCINNATI, OH 45247 )
 )
AND )
 )
 )
JEFFREY POFF )
181 RICHARDSON PL. )
CINCINNATI, OH 45233 )
 )
AND )
 )
 )
SHEILA POGUE-KRABACHER )
1287 WEST MAIN STREET )
WILMINGTON, OH 45177 )
 )
AND )

JEFF POTTS )
8971 ELDORA DRIVE )
CINCINNATI, OH 45236 )
 )
AND )
 )
ANTOINE POWELL )
650 NORTH PECOS ROAD, APT. # 1044 )
LAS VEGAS, NV 89115 )
 )
AND )
 )
BRYAN POWERS )
335 SOUTH FORK RD )
VERONA, KY 41092 )
 )
AND )
 )
KATHERINE PRATER )
11497 BASIL RD NW )
BALTIMORE, OH 43105 )
 )
AND )
 )
SCHUSTER, HEATHER, AS )
EXECUTRIX OF THE ESTATE OF )
LAWRENCE PRIDEMORE )
1075 ARBOR SPRINGS DR. )
HAMILTON, OH 45013 )
 )
AND )
 )
TOM PRITCHARD, AS EXECUTOR )
OF THE ESTATE OF )
SHARON PRITCHARD, DECEASED )
8372 JUNIPER LANE )
FLORENCE, KY 41042 )
 )
AND )
 )
SHERRI PUCKETT-MORRISSETTE )
164 TAYLOR AVENUE )
MARYSVILLE, OHIO 43040 )
 )
AND )

**CAROL PUMMELL** )
**129 MAYS DRIVE** )
**SABINA, OH 45169** )
)
**AND** )
)
**JAMES PUMPELLY** )
**1161 MILLER AVENUE** )
**MAYSVILLE, KY 41056** )
)
**AND** )
)
**MISTY EMERSON AS** )
**ADMINISTRATOR** )
**OF THE ESTATE OF** )
**MARCIA QUINN, DECEASED** )
**817 SANDERS DRIVE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**SANDRA RADEKE** )
**6810 JERSEY AVENUE** )
**SAILOR PARK, OH 45233** )
)
**AND** )
)
**MARGARET RADENHEIMER** )
**204 WEST HARRISON AVENUE** )
**WEST HARRISON, IN 47060** )
)
**AND** )
)
**MARY RAVENSCRAFT** )
**285 SHERWOOD COURT** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**TODD RAY** )
**13118 ALEXANDRIA PIKE** )
**BUTLER, KY 41006** )
)
**AND** )
)

**SAMANTHA REDROW**    )
**6637 SOUTH COVE DRIVE**    )
**CINCINNATI, OH 45233**    )
    )
**AND**    )
    )
**DANIELLE REED**    )
**453 MILLVILLE ROAD**    )
**HAMILTON, OH 45013**    )
    )
**AND**    )
    )
**MARK REED**    )
**103 CASTANEA DRIVE**    )
**MASON, OH 45040**    )
    )
**AND**    )
    )
**FENNER, JEAN, EXECUTOR OF**    )
**THE ESTATE OF JANE REEDER**    )
**130 MADALYN LOFTIN DRIVE**    )
**BLANCHESTER, OH 45107**    )
    )
**AND**    )
    )
**VALERIE REEVES**    )
**4915 MARATHON EDENTON ROAD**    )
**WILLIAMSBURG, OH 45176**    )
    )
**AND**    )
    )
**HOLLY REIFENBERGER**    )
**6 POTOMAC COURT**    )
**LOVELAND, OHIO 45140**    )
    )
**AND**    )
    )
**JEFF REMLEY**    )
**6819 EAST PLUM STREET**    )
**CINCINNATI, OH 45244**    )
    )
**AND**    )
    )
**DERRILL REYNOLDS**    )
**218 OAK STREET, APT. #1**    )
**LUDLOW, KY 41016**    )

AND )
)
)
HARRY REYNOLDS )
601 MAPLE AVENUE )
CINCINNATI, OH 45229 )
)
AND )
)
KENT REYNOLDS )
853 WESLEY DRIVE )
VILLA HILLS, KY 41017 )
)
AND )
)
LISA REYNOLDS )
951 ALLY WAY )
INDEPENDENCE, KY 41051 )
)
AND )
)
JOHN RICHARDSON )
396 HAMPSHIRE )
HAMILTON, OH 45011 )
)
AND )
)
JORDAN RIBARIU )
8045 REMINGTON ROAD )
CINCINNATI, OH 45242 )
)
AND )
)
JASON RILEY )
884 GORDON SMITH BLVD., #9 )
HAMILTON, OH 45103 )
)
AND )
)
RISTER, GORDON, AS )
ADMINISTRATOR OF THE ESTATE )
OF DONNA RISTER )
809 MARK AVENUE )
HAMILTON, OH 45013 )
)
AND )

**DEBORAH ROARK**          )
**1176 DENNIS LANE 32**    )
**HAMILTON OH, 45013**     )
                          )
**AND**                    )
                          )
**KELLY ROBINSON**         )
**1350 SCOTT STREET, APT. #2**  )
**COVINGTON, KY 41011**    )
                          )
**AND**                    )
                          )
**THERESA ROBBINSON-WOODS**  )
**750 GRAND AVENUE #411**  )
**CINCINNATI, OH 45205**   )
                          )
**AND**                    )
                          )
**DEBBIE RODRIGUEZ**       )
**834 KY HIGHWAY 19**      )
**CYNTHIANA, KY 41031**    )
                          )
**AND**                    )
                          )
**DAVID ROHLING**          )
**13207 LAZZARO COURT**    )
**ESTERO FL 33928**        )
                          )
**AND**                    )
                          )
**JASON ROMER**            )
**3438 MAPLE TREE LANE**   )
**ERLANGER, KY 41018**     )
                          )
**AND**                    )
                          )
**DOROTHY ROSE**           )
**313 KENEC DRIVE**        )
**MIDDLETOWN, OH 45042**   )
                          )
**AND**                    )
                          )
**WORLEY, DEBORAH, AS**    )
**EXECUTRIX OF THE ESTATE OF**  )
**FAY ROSEBERY**           )

**22 SAGEBRUSH LANE** )
**ERLANGER, KY 41018** )
 )
**AND** )
 )
**CAROL ROSS** )
**1012 UPLAND HEIGHTS** )
**LAWRENCEBURG, IN 47025** )
 )
**AND** )
 )
**SANDRA ROUNDTREE** )
**2037 FRANKLIN STREET, #A** )
**COVINGTON, KY 41014** )
 )
**AND** )
 )
**RONALD ROWLEY** )
**274 PRAIRIE AVENUE, APT. 106** )
**WILMINGTON, OH 45177** )
 )
**AND** )
 )
**JOSH ROY** )
**N280 EASTOWNE LANE** )
**APPLETON, WI 54915** )
 )
**AND** )
 )
**CARMEN, STEPHEN, AS** )
**ADMINISTRATOR OF THE** )
**ESTATE OF KATHRYNN RUEVE** )
**4124 VINEDALE AVENUE** )
**CINCINNATI, OH 45205** )
 )
**AND** )
 )
**ROBERT RUNTZ** )
**1 MAIN STREET, APT. F4** )
**P.O. BOX 625** )
**ADDYSTON, OH 45001** )
 )
**AND** )
 )
**RUTTER, CHRISTINA AND JOE,** )
**INDIVIDUALLY AND ON** )

**BEHALF OF MINOR SON,**      )
**CARSON RUTTER**      )
**8466 BRANDONHILL COURT**      )
**CINCINNATI, OH 45244**      )
      )
**AND**      )
      )
**MIKE SAND**      )
**3270 RECTOR ROAD**      )
**MORNINGVIEW, KY 41063**      )
      )
**AND**      )
      )
**MICHAEL SANDER**      )
**2513 AVON DRIVE**      )
**FT MITCHELL, KY 41017**      )
      )
**AND**      )
      )
**CHRIS SCHEPER**      )
**1859 PRINCESS CT**      )
**HEBRON, KY 41048**      )
      )
**AND**      )
      )
**ROBIN SCHILLER**      )
**524 PATTERSON COURT**      )
**LEBANON, OH 45036**      )
      )
**AND**      )
      )
**JOSEPH SCHIMMEL**      )
**185 KNAPP DRIVE**      )
**HAMILTON, OH 45013**      )
      )
**AND**      )
      )
**KIM SCHMIT**      )
**406 PRINCETON DRIVE**      )
**TRENTON, OH 45067**      )
      )
**AND**      )
      )
**KEVIN SCHMIT**      )
**5490 CANNAS DRIVE**      )
**CINCINNATI, OH 45238**      )

)
AND )
  )
PATRICK SCHMIT )
2778 TOLBERT RD. )
HAMILTON, OH 45011 )
  )
AND )
  )
BRANDON SCHOBORG )
1079 AUDUS COURT )
INDEPENDENCE, KY 41051 )
  )
AND )
  )
SUSAN SCHOCK )
4351 MOUNT ALVERNO ROAD )
CINCINNATI, OH 45238 )
  )
AND )
  )
PAUL SCHOLZ )
210 MARTIN AVENUE )
TRENTON, OH 45067 )
  )
AND )
  )
ANDREW SCHULTZ )
25809 EASY WAY DRIVE )
GUILFORD, IN 47022 )
  )
AND )
  )
TIMOTHY SCHULZE )
6150 BURLINGTON PIKE )
BURLINGTON, KY 41005 )
  )
AND )
  )
RONALD SCHUSTER )
903 SHAYLER ROAD )
CINCINNATI, OH 45245 )
  )
AND )
  )
DELORES SCOTT )

59

**124 PAMELA DRIVE #105**    )
**MORROW, OH 45152**    )
    )
**AND**    )
    )
**RHONDA SCOTT**    )
**421 OAK GROVE ROAD**    )
**MARTINSVILLE, OH 45146**    )
    )
**AND**    )
    )
**ALI SCULLY**    )
**6389 TIMBERHILL COURT**    )
**CINCINNATI, OH 45233**    )
    )
**AND**    )
    )
**RUTHIE SEARS**    )
**3907 MACK ROAD, APT. #57**    )
**FAIRFIELD, OH 45014**    )
    )
**AND**    )
    )
**SARA SELM**    )
**10769 US HWY 42, APT A**    )
**UNION, KY 41094**    )
    )
**AND**    )
    )
**DANA SETTERS**    )
**5372 GABBARD DRIVE**    )
**TRENTON, OH 45067**    )
    )
**AND**    )
    )
**GLENNA SHAFER**    )
**3151 RIVER ROAD**    )
**CINCINNATI, OH 45204**    )
    )
**AND**    )
    )
**ASIA SHANNON**    )
**2393 BRICK HOUSE LANE**    )
**FAIRFIELD, OH 45014**    )
    )
**AND**    )

BRENDA SHELL     )
6058 JERRY LEE DRIVE   )
MILFORD, OH 45150    )
             )
AND         )
             )
DAVID SHEMPERT    )
27 CHAMBERS ROAD   )
WALTON, KY 41094    )
             )
AND         )
             )
CHARLANN SHEPHERD  )
725 BALLARD TERRACE   )
PO BOX 476       )
BARLOW, KENTUCKY 42024 )
             )
AND         )
             )
PATRICIA SHOTT, INDIVIDUALLY, )
AND AS THE EXECUTRIX OF THE )
ESTATE OF GREGORY S.  SHOTT )
25 CLARK AVENUE    )
WYOMING, OH 45215   )
             )
AND         )
             )
SHANDON SIMMONS   )
16 CHASE DRIVE     )
CENTERVILLE, OH 45458  )
             )
AND         )
             )
KAREN SISSON     )
2219 DREX AVE.     )
CINCINNATI, OH 45212   )
             )
AND         )
             )
MICHELLE SIZEMORE   )
4165 MT. CARMEL-TOBASCO RD. )
#8           )
CINCINNATI, OH 45255   )
             )
AND         )

HEATHER SLAYBACK              )
203 SOUTH BOWLES STREET   )
WEST HARRISON, IN 47060    )
                                  )
AND                          )
                                  )
WARREN, HALEY, AS         )
ADMINISTRATOR OF THE ESTATE )
OF CRYSTAL SLONE          )
10519 MARSHALL ROAD     )
LATONIA, KY 41015         )
                                  )
AND                          )
                                  )
DONNA SMALLWOOD       )
12070 REGENCY RUN COURT, #3 )
CINCINNATI, OH 45240      )
                                  )
AND                          )
                                  )
DAVID SMITH              )
1445 KAHN AVE.           )
HAMILTON, OH 45011       )
                                  )
AND                          )
                                  )
DONALD SMITH          )
2537 WARREN STREET      )
COVINGTON, KY 41014     )
                                  )
AND                          )
                                  )
STACI SMITH              )
8279 SOUTH PORT DR.      )
WEST CHESTER, OH 45069    )
                                  )
AND                          )
                                  )
ORRIS SMOOTE          )
601 MAPLE AVENUE, APT. 903  )
CINCINNATI, OH 45229      )
                                  )
AND                          )
                                  )
DAVID SNIDER          )

**590 ROBERTSON RD.** )
**FELICITY, OH 45120** )
)
**AND** )
)
**SHERRY SPANGENBERG** )
**4493 DEVON COURT** )
**MASON, OH 45040** )
)
**AND** )
)
**CRYSTAL GARRISON,** )
**ADMINISTRATOR OF THE ESTATE** )
**OF BILLY SPIVY** )
**310 RICE DRIVE, APT. 18** )
**WEST UNION, OH 45693** )
)
**AND** )
)
**ZACHARY STACY** )
**1535 OLD FERRELLS CREEK RD.** )
**BELCHER, KY 41513** )
)
**AND** )
)
**EDDIE STALLINGS** )
**4136 GRASMERE RUN** )
**MASON, OH 45040** )
)
**AND** )
)
**EARL STAMPS, JR.** )
**10768 SHPLEY CT.** )
**CINCINNATI, OH 45231** )
)
**AND** )
)
**RICHARD STANFIELD** )
**4258 ASPEN DRIVE, APT. 2** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**FISHER, DAVID, AS ADMINISTRATOR** )
**OF THE ESTATE OF** )
**MICHELLE STEPHENS** )

63

**3719 JACQUELINE DRIVE** )
**ERLANGER, KY 41018** )
)
**AND** )
)
**PATRICK STEPHENSON** )
**240 WAGEL ROAD** )
**BROOKSVILLE, KY 41004** )
)
**AND** )
)
**TEMPIE STEPHENSON** )
**310 RICE DR., APT. 9** )
**WEST UNION, OH 45693** )
)
**AND** )
)
**DARLENE STERLING** )
**558 GARNER CT** )
**COVINGTON, KY 41015** )
)
**AND** )
)
**BERT STIDHAM** )
**923 DON VICTOR** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**DEON STIGALL, JR.** )
**2917 PRIZE STREET** )
**CINCINNATI, OH 45204** )
)
**AND** )
)
**SIERRA STRATMAN** )
**1340 TAMARACK CIRCLE, APT. L** )
**FLORENCE, KY  41042** )
)
**AND** )
)
**DEBORAH STURDIVANT** )
**PO BOX 255** )
**DRY RIDGE, KY 41035** )
)
**AND** )

64

**RYAN TACKETT**                                )
**6656 AUTUMN GLEN DRIVE**        )
**WEST CHESTER, OH 45069**          )
                                                               )
**AND**                                                  )
                                                               )
**RYAN TANNER**                                )
**401 KUNTZ DRIVE**                        )
**LEBANON, OH 45036**                    )
                                                               )
**AND**                                                  )
                                                               )
**ALEX TAYLOR**                                )
**1588 BEECHGROVE DRIVE**          )
**CINCINNATI, OH 45233**               )
                                                               )
**AND**                                                  )
                                                               )
**KAREN TAYLOR**                             )
**3217 17TH STREET SW**                 )
**LEHIGH ACRES, FL 33976**           )
                                                               )
**AND**                                                  )
                                                               )
**KATHLEEN TESLCHER**              )
**5719 HARVEY CIRCLE**               )
**CINCINNATI, OH 45233**              )
                                                               )
**AND**                                                  )
                                                               )
**BEN THAELER**                               )
**8387 MAY AVENUE**                      )
**MIDDLETOWN, OH 45042**          )
                                                               )
**AND**                                                  )
                                                               )
**BRITTANY THEILMAN**               )
**5767 MT. VERNON DR.**               )
**MILFORD, OH 45150**                   )
                                                               )
**AND**                                                  )
                                                               )
**BRIAN THIEN**                                )
**7750 OTTAWA LANE, #158**          )
**WEST CHESTER OH 45069**         )

|  | ) |
| --- | --- |
| **AND** | ) |
|  | ) |
| **EDWARD THIESSEN** | ) |
| **1602 SUMMIT HILLS DRIVE** | ) |
| **CINCINNATI, OH 45255** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ADRIENNE THOMAS** | ) |
| **7131 ARLINGTON ROAD** | ) |
| **BETHESDA, MD 20814** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **CLARA TUBBS-HILLS** | ) |
| **5491 BEECHMONT AVENUE #102** | ) |
| **CINCINNATI, OH 45230** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **CONNIE UNDERWOOD** | ) |
| **135 MONTCLAIR STREET** | ) |
| **LUDLOW, KY 41016** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **KIM UNDERWOOD** | ) |
| **1340 PARKWAY AVENUE** | ) |
| **COVINGTON, KY 41016** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **JACKLEN UPCHURCH** | ) |
| **4264 CIDER MILL** | ) |
| **CINCINNATI, OH 45245** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **JORDAN VANCE** | ) |
| **715 LITTLE HARTS CREEK ROAD** | ) |
| **HARTS, WEST VIRGINIA 25524** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **BROOKE VANDERVORT** | ) |

**6387 FARMERS RD.**                    )
**MARTINSVILLE, OH 45146**              )
                                        )
**AND**                                 )
                                        )
**ASHLEY WALKER**                       )
**6 ARBOR CIR., #617**                  )
**CINCINNATI, OH 45255**                )
                                        )
**AND**                                 )
                                        )
**SHANNON WALLACE**                     )
**9028 SYMMESRIDGE LANE**               )
**LOVELAND, OH 45140**                  )
                                        )
**AND**                                 )
                                        )
**VICKI WALLACE**                       )
**9028 SYMMESRIDGE LANE**               )
**LOVELAND, OH 45140**                  )
                                        )
**AND**                                 )
                                        )
**KATHERINE WALLS**                     )
**3906 OLD SAVANNAH LANE**              )
**CINCINNATI, OH 45245**                )
                                        )
**AND**                                 )
                                        )
**LINDSEY WALSH**                       )
**16620 SE 70TH STREET**                )
**BELLEVUE, WA 98006**                  )
                                        )
**AND**                                 )
                                        )
**TRACEY WALSH**                        )
**4246 WEST ARM DRIVE**                 )
**SPRING PARK, MN 55384**               )
                                        )
**AND**                                 )
                                        )
**MICHELLE WALTERS**                    )
**915 HIGHKNOLL COURT, #93**            )
**VILLA HILLS, KY 41017**               )
                                        )
**AND**                                 )

**HELEN WARD**                                          )
**7902 CONSTITUTION DRIVE**                             )
**CINCINNATI, OH 45215**                                )
                                                        )
**AND**                                                 )
                                                        )
**MICHAEL WATKINS**                                     )
**1613 ASMANN AVE., #3**                                )
**CINCINNATI, OH 45229**                                )
                                                        )
**AND**                                                 )
                                                        )
**ELAINE WAXLER**                                       )
**9508 SOUTHGATE DRIVE**                                )
**CINCINNATI, OH  45241**                               )
                                                        )
**AND**                                                 )
                                                        )
**CATHLEEN WEBER**                                      )
**7451 COLERAIN AVENUE, APT. 22**                       )
**CINCINNATI, OH 45269**                                )
                                                        )
**AND**                                                 )
                                                        )
**DANIEL WEBBER**                                       )
**1205 LESLIE MARIE**                                   )
**ELSMERE, KY 41018**                                   )
                                                        )
**AND**                                                 )
                                                        )
**BRANDON WEBSTER**                                     )
**109 CHRISTINA CT.**                                   )
**ALEXANDRIA, KY 41001**                                )
                                                        )
**AND**                                                 )
                                                        )
**LAURA WEISBECKER**                                    )
**50 OLYMPUS COURT**                                    )
**HAMILTON, OH 45013**                                  )
                                                        )
**AND**                                                 )
                                                        )
**KIRSTIN WEISMAN**                                     )
**5899 GILMORE DRIVE**                                  )
**FAIRFIELD, OH 45014**                                 )

                )

**AND**         )
                )

**REGINA WESLEY**  )
**2303 VIVIAN PLACE**  )
**COVINGTON, KY 41011**  )
                )

**AND**         )
                )

**TIMOTHY WHALEN**  )
**22 WARSAW AVENUE**  )
**DRY RIDGE, KY 41035**  )
                )

**AND**         )
                )

**VIOLET WHALEN**  )
**940 CURRY LANE**  )
**DRY RIDGE, KY 41035**  )
                )

**AND**         )
                )

**LONNIE WHEELER**  )
**406 MONTE DRIVE**  )
**MASON, OH 45040**  )
                )

**AND**         )
                )

**SOPHIA WHITE**  )
**1439 LEMONTREE DR.**  )
**CINCINNATI, OH 45240**  )
                )

**AND**         )
                )

**WILDER, JOSEPH, AS**  )
**ADMINISTRATOR OF THE ESTATE**  )
**OF TAMATHY WILDER**  )
**234 LEWIS LANE**  )
**NEWPORT, KY 41071**  )
                )

**AND**         )
                )

**TROY WILDER**  )
**2947 RIDGE AVENUE**  )
**HEBRON, KY 41048**  )
                )

**AND**         )

69

BENJAMIN WILLIAMS                    )
453 FOREST AVENUE                    )
ERLANGER, KY 41018                   )
                                     )
AND                                  )
                                     )
KELLY WILLIAMS                       )
42 MEADOWCREST DRIVE                 )
FRANKLIN, OH 45005                   )
                                     )
AND                                  )
                                     )
PATRICK WILLOUGHBY                   )
2138 AMSTERDAM ROAD                  )
COVINGTON, KY  41017                 )
                                     )
AND                                  )
                                     )
CAROL WILSON                         )
920 BLACKSTONE STREET                )
WASHINGTON COURT HOUSE,              )
OH 43160                             )
                                     )
AND                                  )
                                     )
JETTON WILSON                        )
1356 WAYCROSS ROAD                   )
CINCINNATI, OH 45240                 )
                                     )
AND                                  )
                                     )
ALISA WILSON ON BEHALF OF HER  )
MINOR SON, JOSEPH WILSON       )
HC70 BOX 705                         )
DINGESS, WV 25671                    )
                                     )
AND                                  )
                                     )
KENNY WILSON                         )
3837 MORGAN COURT                    )
AMELIA, OH 45102                     )
                                     )
AND                                  )
                                     )
PAUL WILSON                          )

**534 FLEMING RD.**                            )
**CINCINNATI, OH 45231**                       )
                                               )
**AND**                                        )
                                               )
**PAULA WILSON**                               )
**5381 SOUTHGATE BLVD, #1**                    )
**FAIRFIELD, OH 45014**                        )
                                               )
**AND**                                        )
                                               )
**ROBERT WILSON**                              )
**4184 PAXTONWOODS LANE, APT. 9**              )
**CINCINNATI, OH 45209**                       )
                                               )
**AND**                                        )
                                               )
**TERRY WILSON**                               )
**419 EVANS COURT**                            )
**BUILDING E, APARTMENT 4**                    )
**OWENSVILLE, OH 45160**                       )
                                               )
**AND**                                        )
                                               )
**VICKY WILSON**                               )
**4026 BENNETT DRIVE**                         )
**FAIRFIELD, OH 45011**                        )
                                               )
**AND**                                        )
                                               )
**DAWN WINGERT**                               )
**28 EVANS CT.**                               )
**HARRISON, OH 45030**                         )
                                               )
**AND**                                        )
                                               )
**PRISCILLA WITTMEYER**                        )
**3 FINCH COURT**                              )
**AMELIA OH 45102**                            )
                                               )
**AND**                                        )
                                               )
**WILLIAM WOLDER**                             )
**9243 DEERCROSS PKWY. APT #1A**               )
**BLUE ASH, OH 45236**                         )
                                               )

AND                      )
                         )

BILLY WOLSING      )
66 GOODRIDGE DR.    )
FLORENCE, KY 41042  )
  )

AND  )
  )

AMBER WORK  )
3834 KY. HWY. 330W  )
FALMOUTH, KY 41040  )
  )

AND  )
  )

DEBORAH WORLEY  )
22 SAGEBRUSH LANE  )
ERLANGER, KY 41018  )
  )

AND  )
  )

TERESA WORLEY  )
211 CHARISSA AVE.  )
HILLSBORO, OH 45133  )
  )

AND  )
  )

CARLA WOOTEN  )
3981 THOMAS DRIVE  )
ERLANGER, KY 41018  )
  )

AND  )
  )

CORY WRIGHT  )
11490 WHALLON COURT  )
CINCINNATI, OH 45246  )
  )

AND  )
  )

WRIGHT, RON, AS EXECUTOR OF  )
THE ESTATE OF LEAH WRIGHT  )
2643 OXFORD MILLVILLE ROAD  )
OXFORD, OH 45056  )
  )

AND  )
  )

CHERYL WYATT  )

**9644 STEPHEN YOUNG ROAD** )
**CAMDEN, OHIO 45311** )
)
**AND** )
)
**EMANUEL D. WYATT** )
**2220 FREEMAN AVENUE** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**VERONICA YEAKLE** )
**601 WEST STATE STREET** )
**APARTMENT # 11** )
**TRENTON, OHIO 45067** )
)
**AND** )
)
**EVELYN YOUNG** )
**5211 PONDEROSA DRIVE** )
**CINCINNATI, OH 45239** )
)
**AND** )
)
**JOANN YOUNG** )
**200 BALLTOWN ROAD, APT. 10** )
**WILLIAMSBURG, KY 40769** )
)
**AND** )
)
**JUDY YOUNG** )
**448 GREENWELL AVENUE** )
**CINCINNATI OH 45238** )
)
**AND** )
)
**KEITH YOUNG** )
**491 HARWOOD ROAD** )
**MT. ORAB, OH 45154** )
)
**AND** )
)
**CORRINE ZACHRY** )
**1934 GARDENA AVENUE** )
**GLENDALE, CA 91204** )
)

AND                                        )
                                           )
**MARY ZUREICK**                           )
**7515 US HWY. 42, APT. 5**                )
**FLORENCE, KY 41042**                     )
                                           )
**AND**                                    )
                                           )
**HANNAH ZYMSLO**                          )
**10047 MILFORD ROAD**                     )
**FALMOUTH, KY 41040**                     )
                                           )
                                           )
       **Plaintiffs,**   )
                                           )
**v.**                                     )
                                           )
**HAMILTON COUNTY CLERK'S**                )
**OFFICE,**                                )
**1000 MAIN ST,**                          )
**CINCINNATI, OH 45202**                   )
                                           )
**AND**                                    )
                                           )
**AFTAB PUREVAL**                          )
**1000 MAIN ST,**                          )
**CINCINNATI, OH 45202**                   )
                                           )
**AND**                                    )
                                           )
**HAMILTON COUNTY, OH**                    )
**SERVE: JOSEPH T. DETERS**                )
**230 E 9TH ST #4000,**                    )
**CINCINNATI, OH 45202**                   )
                                           )
**AND**                                    )
                                           )
**HON. MARK SCHWEIKERT**                   )
**1000 MAIN ST,**                          )
**CINCINNATI, OH 45202**                   )
                                           )
       **Defendants.**   )
                                           )

---

Aforementioned Plaintiffs, for their *Complaint for Damages with Jury Trial Demand Endorsed Hereon* (the "Complaint") against defendants Aftab Pureval, Hamilton County Clerk of Courts, Hamilton County, Ohio and Hon. Mark Schweikert, states and alleges as follows:

## INTRODUCTION

This case involves the Defendants overcharging Plaintiffs for court costs and then forcing Plaintiffs to pay them in advance.

### I.   **PARTIES.**

1.      Plaintiffs are victims of fraud and others wrongs committed by Dr. Abubakar Atiq Durrani, UC Health, Inc. and West Chester Hospital, Cincinnati Children's Hospital Medical Center, The Christ Hospital, Good Samaritan Hospital, Riverview Hospital, Deaconess Hospital and Journey Lite. Plaintiffs are United States Citizens.

2.      Plaintiffs have filed lawsuits against Durrani and the local hospitals where Durrani operated on them. The lawsuits were filed in Hamilton County Common Pleas Court.

3.      At all pertinent times, Defendant Aftab Pureval was and is the duly elected Hamilton County Clerk of Courts. The Hamilton County Clerk's Office is a duly authorized political subdivision created pursuant to Ohio Revised Code, Chapter 2744. It was at all times the employer and principal of Defendant Pureval.   The County of Hamilton is a necessary party.

4.      At all pertinent times, Judge Schweikert was and is a judge of the Hamilton County Court of Common Pleas serving in Plaintiffs' cases (as defined below) by special assignment of Chief Justice O'Connor.

5.      Aftab Pureval and Judge Schweikert are sued in their respective individual capacities.

### III.   **JURISDICTION AND VENUE.**

75

6.      Subject matter jurisdiction over the claims and causes of action asserted by Plaintiffs in this action is conferred upon on this Court pursuant to 42 U.S.C. §1983, 28 U.S.C. §1331, 28 U.S.C. §1343, the United States Constitution, the Ohio Constitution (Article I, §16), and other applicable law.

7.      Venue in this District and division is proper, pursuant to 28 U.S.C. §1391 and other applicable law, because all of the deprivations of Plaintiffs' constitutional and civil rights occurred in Hamilton County, Ohio, and current and future deprivations of their rights are threatened and are occurring and are likely to occur within this District.

## IV.    **FACTS**

8.      Plaintiffs, in pursuing justice against Durrani and his co-defendants, have filed every possible lawsuit and made every possible legal argument on every possible level, as is their right under the law. This includes, through their attorneys, fact-based Affidavits of Disqualification against Chief Justice O'Connor and Judge Mark Schweikert.

9.      Plaintiffs have filed federal actions challenging the Ohio recusal laws and the actions of Chief Justice O'Connor.  These remain pending.  The cases were filed in this Court and have the following case numbers: 1:18cv0139, 1:18cv0169, and 1:18cv0599.  All three lawsuits claim violations of Durrani Plaintiffs' constitutional rights.  On August 23, 2018, Plaintiffs filed a federal lawsuit against Chief Justice Maureen O'Connor for a violation of Durrani victims' right to a jury trial in a reasonable time.  The latest lawsuit, *Aaron, et al. v. O'Connor, et al.*, 1:18cv0599, was filed on August 23, 2018.

10.     These cases were once before several other Common Pleas judges in Butler and Hamilton County from 2013 through 2017 including all Butler County cases under Judge Guy Guckenberger and all Hamilton County cases under Judge Robert Ruehlman.  All Butler County

76

cases were also at one time under Judge Richard Bessey and all cases from both countries were also under Judge Jennifer Sargus.  At one time they were also scattered among 14 Hamilton County Common Pleas Judges.  Not one Judge or Clerk's Office ever moved against Plaintiffs on cost issues or filing or pleadings issues.

11.    In early 2017, when the cases were in Hamilton County and Judge Melba Marsh was the Chief Judge, Plaintiffs moved to have one case number to file pleadings which related to all cases.  For example, a deposition relative to all cases could be filed in a Miscellaneous Case Number and it would apply to all cases.  This would not only reduce the filing burden, it would reduce court costs.

12.    Judge Melba Marsh never ruled on the motion.

13.    Judge Jennifer Sargus in July of 2017 set up M-17-235 for filing her Orders in all cases and suggested the case number could be used by the parties.

14.    In August 2017, Judge Mark Schweikert took over from Judge Sargus.

15.    "Almost a year ago, on August 25, 2017, Defendant West Chester Hospital and UC Health filed a motion pursuant to R.C. 2323.30-35 to dismiss for lack of security, or in the alternative, to require Plaintiffs to post security in the case of Nicole Baker, et al. v. Durrani, et al., A1604542, and also in the miscellaneous case number related to" Judge Schweikert's "assignment to the Durrani Litigation generally." [1]

16.    The Court originally responded to the motion by severing the cases (which helps the defense), and left the matter of court costs for another date.

---

[1] Exhibit A Plaintiffs v. Durrani, et al., Entry Setting Hearing on Security for Court Costs, August 30, 2018 (attached).

17.     However, on August 21, 2018, Plaintiffs filed a Comprehensive Factual and Legal Memorandum on Negligent Credentialing and Retention.  Judge Schweikert stated the document was "brought to his attention" by the Hamilton County Clerk's Office that day.

18.     On August 23, 2018, Plaintiffs filed an action based on the Due Process Clause of the United States Constitution in U.S. District Court, Southern Ohio, challenging the Chief Justice's management of the Durrani litigation.

19.     On August 30, 2018, in obvious retaliation to Plaintiffs, Defendants Hamilton County Clerk's Office, Pureval and Judge Schweikert, whose recusal has been sought due to, among other things, ex parte communications with Chief Justice O'Connor, recently took the unprecedented action prior to the conclusion of the litigation of taxing costs to Plaintiffs for two filings for a total of $1,154,991.00 security deposit on filing fees on a single filing and $55,000 and $6,630. The security is for an alleged dollar per page filing fee.  Judge Schweikert coordinated this action with Defendant Pureval and Defendant Hamilton County Clerk's Office. These Orders came down on August 30, 2018.  This will effectively end the litigation because Plaintiffs are unable to post the money.

20.     Upon information and belief, Defendants do not seek security for electronic filing for litigants in other civil cases who have not pursued the constitutional claims pursued by Plaintiffs. Moreover, Plaintiffs have learned from several other Ohio Clerk's Offices do not charge a per page electronic filing fee for notices and motions.

21.     The foregoing timeline of events and stated facts create a presumption of selective enforcement of laws pertaining to filing fees against Plaintiffs based upon Plaintiffs' invocation of constitutional rights.  The Deters Law Firm, attorneys for Plaintiffs, sent out notices to the Plaintiffs informing them of the filing fees Defendants intend to impose upon Plaintiffs.

Plaintiffs responded with heartbreaking stories of devastating financial losses caused by Durrani and the hospitals and how they simply cannot afford the court costs.

22. Thousands of pages of pleadings have been filed by Plaintiffs in the various cases since that motion for security was filed on August 25, 2017. No concern was raised by Defendants.

23. Moreover, Plaintiffs proposed a solution endorsed by a prior judge on the case, which was rejected by the Defendants.

24. Within days of filing the federal lawsuit, Judge Schweikert decided to act on the motion, and set it for hearing. Action taken against a party in response to the party's invocation of a constitutional right is evidence of vindictiveness. *Wayte v. United States*, 470 U.S. 598, 608, 105 S. Ct. 1524, 1531, 84 L. Ed. 2d 547 (1985) (the decision to prosecute may not be "'deliberately based upon an unjustifiable standard, *** including the exercise of protected statutory and constitutional rights). *State v. Freeman*, 20 Ohio St. 3d 55, 58, 485 N.E.2d 1043, 1045 (1985).

24. While due process does not forbid a court from using enhanced sentences, *it prohibits actual vindictiveness against a defendant for having exercised his rights*. *See Wasman v. United States*, 468 U.S. 559, 569, 104 S.Ct. 3217, 82 L.Ed.2d 424 (1984). *United States v. Jackson*, 181 F.3d 740, 744 (6th Cir. 1999) (sentence vacated due to judicial vindictiveness).

25. Additional evidence of vindictiveness is the fact that O.R.C. 2323.31-35, the basis of West Chester's motion, requires, as a predicate, that the Court previously acted on its own to require security. "On motion of the defendant, and if satisfied that such deposit is insufficient, the court may *require it to be increas*ed ***." O.R.C. 2323.31. "***The defendant may move the court for *additional* security***." O.R.C. 2323.35. The Court's order claims this current action

is taken in response to a motion filed by a defendant over one year ago, in the absence of any

prior order of security by Judge Schweikert or request made by Defendants Hamilton County

Clerk's Office and/or Pureval.

26.     There has also been no change in circumstances in the past year which justifies

the Court's concern for security. For example, O.R.C. 2323.34 allows a requirement to post

security if a party relocates outside the county. In fact, since the motion for security was filed

over one year ago, the only thing that has changed is that it is now clear the Plaintiffs have strong

cases and the defendants will have to pay large verdicts.

27.     The filings referred to in Judge Schweikert's order were filed electronically,

creating little, if any, burden upon the clerk's office. An order to post $1,154,991.00, and

$55,000 and $6,630 or more, is retaliatory, based upon the sequence of events listed above.

28.      The current situation could have easily been prevented by an effective approach

to managing litigation of this magnitude, which is not the fault of Plaintiffs. As reflected by a

March 15, 2018 email to Judge Schweikert and April 30, 2018 letter to the Clerk of Courts and

his deputy and Court Transcript (**Exhibit B**), Deters Law proposed their same simple solution

they had been proposing since 2017.

29.     On August 31, 2018, Eric Deters, Deters Law office manager, spoke to Scott

Sellens at the Hamilton County Clerk's Office and verified Deters Law proposal would have

avoided these massive court costs and filing fees. In addition, the $1,154,991.00 fee is based

upon the one dollar per page statutory fee enacted in the 1990's, prior to the clerk's office current

reliance on the speed and convenience of electronic filing.  Other Ohio clerk's offices do not

charge the fees for common pleas filing of motions, notices, and memoranda.

30.     As stated, Plaintiffs are indigent and have no capacity to pay these extraordinary costs (**Exhibit C**).

31.     Judge Schweikert has made so many erroneous rulings which must be appealed, Deters Law, on behalf of the Plaintiffs, have been forced to make a record of everything relevant. There is sometimes inadvertent overlap, but nothing done intentionally.  The filing process is significant and the persons filing the pleadings for Deters Law do the best they can.

32.     Judge Schweikert has mocked Deters Law when they prepare and file one or two page pleadings and, at the same time, are chastised when they file voluminous pleadings.  It's unprecedented by a Judge.

33.     Dr. Durrani destroyed the Plaintiffs' lives.  He fled his legal troubles both civil and criminal.  The hospitals made a fortune.  Plaintiffs have sued for justice and they are the ones being "punished" by Defendants.

34.     The obvious intent of Defendants is to try to force costs upon Plaintiffs in an attempt to drive Deters Law from the "battlefield" to the detriment of Plaintiffs, based on Plaintiffs' invocation of constitutional rights.

35.     The filings involved in his Order were all done electronically. The $1,154,991.00 proposed security vastly exceeds any actual costs absorbed by the Clerk's office in handling these well-founded lawsuits, as well as, the $55,000 and $6,630.

### COUNT – VIOLATION OF FOURTEENTH AMENDMENT

36.     Plaintiffs incorporate by reference the preceding numbered paragraphs of their Complaint as if fully set forth herein.

37.     The Section One of Fourteenth Amendment of the United States Constitution provides, in pertinent part, that ". . . nor shall any State deprive any person of life, liberty, or

property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

38.    Each of the Plaintiffs is a citizen of the United States of America. Plaintiffs, and each of them, have clearly established rights and protections under the United States Constitution as to Due Process of Law, Equal Protection of the Law, and other Fourteenth Amendment guarantees.

39.    Plaintiffs are a group of individuals who are suing a fugitive physician and the large medical corporations who enabled and assisted him in performing fraudulent procedures upon Plaintiffs. In the process, these same Plaintiffs exercised their constitutional rights.

40.    Defendants singled out Plaintiffs for enforcement of laws covering court costs and filing fees, even though Defendants have failed to enforce the same laws against other litigants who are not in Plaintiffs group, that is litigants who exercised constitutional rights through separate actions in federal and state courts challenging the actions of state actors.

41.    Defendants performed these acts, which include requiring Plaintiffs to post over $1,000,000.00 in courts costs to cover electronic filing which other clerk's offices do not even charge, with a discriminatory purpose, that is to retaliate against Plaintiffs for exercising their constitutional rights.

42.    The actions of Defendants have a discriminatory and adverse effect on Plaintiffs. The actions will cause Plaintiffs to be unable to litigate the case, continue to pay their bills, and will force Plaintiffs to pay money other litigants do not have to pay.

43.    Therefore, The Plaintiffs have been singled out for selective enforcement of law by the Defendants. The acts of the Defendants in the preceding paragraphs violated and are violating the clearly established rights of the Plaintiffs to freedom from selective enforcement, and

their rights to equal protection under the law as provided by the Fourteenth Amendment of the U.S. Constitution, thereby giving rise to liability for damages and other relief against the Defendants pursuant to 42 U.S.C. § 1983.

44. Plaintiffs seek declaratory relief, and prospective injunctive relief under 42 U.S.C. §1983 and 28 U.S.C. §§2201, *et seq*., Plaintiffs further seek their costs and reasonable attorney fees under 42 U.S.C. §1988, if applicable.

45. Plaintiffs further seek their costs and reasonable attorney fees under 42 U.S.C. §1988, if applicable.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs demand judgment against the Defendants as prayed for, including:

A. That this Court enter a temporary restraining order and/or a preliminary injunction to enjoin the defendants from improperly imposing upon Plaintiffs the requirement to post excessive security, and from discriminatorily charging filings fees and court costs in the Durrani litigation, pending a trial of this cause on the merits and charging excessive court costs;

B. That Plaintiffs be awarded their costs in this action, including reasonable attorney fees under 42 U.S.C. §1988, if applicable; and

C. For such other and further relief to Plaintiffs as this Court shall deem just and proper.

Respectfully submitted,

*/s/ Benjamin M. Maraan II*
Benjamin M. Maraan, III (#0053661)
The Deters Law Firm
5247 Madison Pike
Independence, KY 41051

83

(859) 363-1900
(859) 363-1444 (fax)
*Counsel for Plaintiffs*